ROGER TERRY # 341-358
NOTICES OF INMATE RULE VIOLATIONS

| | | |
|---|---|---|
| August 9, 2007 | Rule 113 | p. 000003 |
| September 12, 2007 | Rules 104, 401, 405, 500 | p. 000012 |
| November 28, 2008 | Rules 312, 400, 401 | p. 000021 |
| December 1, 2008 | Rule 102 | p. 000029 |
| January 22, 2009 | Rules 104, 400, 405 | p. 000042 |
| August 15, 2009 | Rules 301, 305, 405 | p. 000052 |
| August 25, 2009 | Rule 301 (Positive ETOH for 8/15 sample) | p. 000065 |
| January 15, 2009 | Rule 112 | p. 000079 |
| July 8, 2010 | Rule 112 | p. 000095 |

EXHIBIT 8

000001

AUGUST 9, 2007   RULE 113

EXHIBIT 8                    000002

# MARYLAND DIVISION OF CORRECTION
## NOTICE OF INMATE RULE VIOLATION AND DISCIPLINARY HEARING

Inmate Name: ROGER TERRY  DOC#: 341358  Facility: MCIJ  Housing: BHU

Violation: Date 8/9/07 Time: 720 AM/PM. Recommended charge: 11.3 (113)

**Reported facts:** ON 08/09/07, OFFICER ANYAEGBU WAS ASSIGNED TO UTILITY AT APPROXIMATELY 720 AM, I FOUND TWO (2) HOME MADE STUNGES ON INMATE ROGER TERRY DOC #341358, B.E 234 DURING A STRIP SEARCH. THE TWO (2) STUNGES WERE TUCKED UNDER HIS TESTACLES. I HAD PRIOR TO THE STRIP SEARCH CHECKED THE AREA AND FOUND NO WEAPONS OR CONTRABANDS. AREA WAS CHECKED AT 70.5 AM AND INMATE ROGER TERRY DOC #341358, B.E 234 WAS THE FIRST INMATE TO TAKEN INTO THE SECURITY ROOM. INMATE WAS POSITIVELY IDENTIFIED BY HIS ID.

I solemnly affirm under the penalties of perjury and upon personal knowledge that the facts set forth in the above report are true.

Reporting Staff: ANYAEGBU COI    Signature: (signature)    Date: 08/09/07
　　　　　　　　_Print Name and Title_　　　　　_Signature_　　　_Date_

---

1. **Supervisory Review**: The above report has been reviewed with the following action taken:

a. **Action Taken:** ☒ Formal Hearing ☒ Administrative Segregation Assignment ☐ Use of Force ☐ Contraband Disposition ☐ Incident Report

b. **Rule Violation Charged:** 113

c. ☐ **Informal Disposition: Rule Violation:** _____ **Sanction:** _____ **Effective Date:** _____

d. **Informal Service:** I understand by my signature below that: I waive a hearing by a hearing officer on the offenses charged, this report and informal action will be placed on my OBSCIS & in my facility file records, and where applicable I accept the offer of informal disposition sanction.

Inmate Signature: _____ Date: _____ Time: _____

e. **Comments:** Placed on 2nd Segregation - Pending Adjustment Hearing.

f. **Shift Supervisor:** LT. S. Hudson    S. Hudson    8/11/07
　　　　　　　　_Print Name and Title_　　　_Signature_　　_Date_

2. **Administrative Segregation Assignment Review:** The recommendation has been reviewed and I ☐ Approve or ☐ Disapprove.

Shift Commander: L. Montgomery / Captain    (signature)    8/11/07
　　　　　　　　_Print Name and Title_　　　_Signature_　　_Date_

---

3. **Formal Hearing Service:** A. _Preparation_: You are entitled to 24 hours from the date and time of receipt of this notice before you may appear before a hearing officer to answer to the offenses charged in this notice. B. _Representation_: You may request representation by staff or a qualified inmate from the general population of this facility if you indicate their name below. A failure to list a name below shall be deemed at your hearing as a waiver of your right to representation. C. _Witness_: You may request for your hearing any witness who is relevant, material, & non-cumulative that may include staff and/or the reporting staff if you indicate them by name below. A failure to list by name below shall be deemed at your hearing as a waiver of your right to call witnesses.

Representative: Larry Pratt    Witness: _____

4. **Appeal:** You may appeal a guilty decision and/or sanction in writing to the warden within 15 calendar days of receipt for the hearing officer's decision.

5. **Service of Notice:** Signature below is only acknowledgment for receipt of notice copy. Refusal to sign is deemed waiver of service obligation by the facility.

**Waiver of 24 Hour Notice:** ☐ I waive 24 hour notice and request to appear before a hearing officer as soon as possible.

Inmate's Signature: Roger Terry    DOC #: 341-358    Date: 8/11/07

☒ Inmate ID verified ☐ Copy given but inmate refused to sign for service ☐ Inmate requested no rep. or witness at service

Notice Served By: M. Brown COII    (signature)    8-11-07  2:40 p.
　　　　　　　_Print Name and Title_　　　_Signature_　　_Date and Time_

**Distribution:**　　White Copy—Base File　　Yellow Copy—Inmate　　Pink Copy—Facility
DC Form 105-4a (Rev. Feb. 07)

EXHIBIT 8　　　　　　　　000003

# MARYLAND CORRECTIONAL INSTITUTION-JESSUP
## NOTICE OF INCIDENT / MATTER OF RECORD (Circle One)

TIME: 720 (A.M.) P.M.    DATE: 08/09/07

SECTION OR AREA OF INSTITUTION WHERE OCCURRED: B HOUSING UNIT

CONTRABAND DISCOVERY/SEIZURE: TWO (2) STRINGES

IF SO, DISPOSITION OF THE CONTRABAND: CONTRABAND CONTROL BOX

FACTS: ON 08/09/07 I, OFFICER ANYAEGBU WAS ASSIGNED TO UTILITY. AT APPROXIMATELY 720 AM, I FOUND TWO (2) STRINGES ON INMATE ROGER TERRY DOC#341358, BE 234 DURING A STRIP SEARCH. THE TWO (2) STRINGES WERE TUCKED UNDER HIS TESTICLES. I HAD PRIOR TO THE STRIP-SEARCH CHECKED THE AREA AND FOUND NO WEAPONS OR CONTRABANDS. AREA WAS CHECKED AT 705 AM, AND INMATE ROGER TERRY DOC#341358, BE 234 WAS THE FIRST INMATE TO BE TAKEN INTO THE SECURED ROOM. INMATE WAS POSITIVELY IDENTIFIED BY HIS STATE ISSUED ID CARD.

END REPORT

SHIFT: 7 X 3    REPORTING OFFICER (signature)    POST UTILITY

SUPERVISOR: LT. Hudson (signature)    DATE: 8.9-07

ACTION TAKEN: Attached to Ticket

CC: Assistant Warden, Security Chief

EXHIBIT 8    000004

# MARYLAND CORRECTIONAL INSTITUTION-JESSUP

NOTICE OF INCIDENT / MATTER OF RECORD     (Circle One)

TIME: 7:20  (A.M.)/P.M.          DATE: 8/9/07

SECTION OR AREA OF INSTITUTION WHERE OCCURRED: _____

CONTRABAND DISCOVERY/SEIZURE: _____

IF SO, DISPOSITION OF THE CONTRABAND: _____

FACTS: On the above date and time I Sgt. Brakhon was assigned to BHU when officer Anyaegbu call me for assistance in the Control office where he was strip searching inmate Terry Roger #341-358. Inmate Roger refuse to let ofc. Anyaegbu see what was under his testicles it was a home made syringe. Inmate Roger removed it from under his testicle and gave it to ofc. Anyaegbu it remine in his custody and I submitted this Report.

SHIFT: 7x3     REPORTING OFFICER: Sgt. Brakhon     POST: BHU
                                        signature

SUPERVISOR: LT. Hudson     DATE: 11 August 2007
                     signature

ACTION TAKEN: Attached to Notice Of Rule Violation, dtd. 8/9/07

EXHIBIT 8                                    000005

FOUND ON INMATE ROGER TERRY IDOC#341358
BE234 BY OFFICER ANYAEGBU THE
TWO (2) HOME MADE STRINGES WERE
TUCKED UNDER HIS TESTACLES
08/05/07

EXHIBIT 8

Case: N/A
Heard With: N/A

## Department of Public Safety and Correctional Services

## INMATE HEARING RECORD

Name: Roger Terry  # 341358 Date of Violation 8/9/07

## I.  PRELIMINARY MATTERS:

Date of Appearance: 8/23/07 Time: 9:20 AM

Inmate Representation:  ☒ No ☐ Yes Name: Larry Bratt waived

☐ **Denied** Reason:

Inmate Witness:  ☐ No ☒ Yes Name(s):

☐ **Denied** Reason:

### Inmate Pleadings:

| Rule | Not Guilty | No Plea | Guilty |
|------|-----------|---------|--------|
| 113 | ☐ | ☐ | ☒ |
| | ☐ | ☐ | ☐ |
| | ☐ | ☐ | ☐ |
| | ☐ | ☐ | ☐ |
| | ☐ | ☐ | ☐ |

## II.  EVIDENTIARY MATTERS:     **Hearing Date**: 8/23/07

Institutional Presentation     (List): Notice of Inmate Rule Violation (pages _1__) submitted by Officer Anyaegbu, Matter of records Anyaebu, Sgt. Bradshaw,ID and copy of syringes and Institution Rep. Sgt. Lucas

Inmate Presentation (List): Individual voluntarily pled guilty to Rule 113 . Individual admits his guilt to the rule violation (s) and waives his hearing rights. H.O. accepts guilty plea and finds that the guilty plea is merited.

EXHIBIT 8                                       000007

Case: N/A
Heard With: N/A

## Department of Public Safety and Correctional Services

### INMATE HEARING RECORD
### (Hearing Officer Decision)

Name: Roger Terry  # 341358 Date of Violation: 8/9/07

**HEARING OFFICER'S DECISION:**

| Rule | Guilty | Not Guilty | IR | Dismissed | Informal Disposition Sanction |
|------|--------|-----------|----|-----------|------------------------------|
| 113  | ☒      | ☐         | ☐  | ☐         | ☐                            |
|      | ☐      | ☐         | ☐  | ☐         | ☐                            |
|      | ☐      | ☐         | ☐  | ☐         | ☐                            |
|      | ☐      | ☐         | ☐  | ☐         | ☐                            |
|      | ☐      | ☐         | ☐  | ☐         | ☐                            |
|      | ☐      | ☐         | ☐  | ☐         | ☐                            |
|      | ☐      | ☐         | ☐  | ☐         | ☐                            |

**SANCTIONS IMPOSED:**
**Matrix Adjustment History: vf Effective Date: August 9, 2007**

| Rule | Category | Seg. Days | CR Days | CC/CS | Revoke GCC |
|------|----------|-----------|---------|-------|------------|
| 113  | I        | 30        | 0       | CC    | 0          |
|      |          |           |         |       |            |
|      |          |           |         |       |            |
|      |          |           |         |       |            |
|      |          |           |         |       |            |
|      |          |           |         |       |            |

SEG = Segregation   CR = Cell Restriction CC = Concurrent CS = Consecutive GCC = Good Conduct Credits

☐ Override-Reasons:
☐ Other Sanctions:

Reason for Decision (state evidence weighed and findings): After reading the report of the staff (and hearing testimony) about this reported incident and weighing all of the information submitted (whether photos, matters of records, supporting documents) as provided if applicable to this reported incident, Individual voluntarily pled guilty to Rule 113  . Individual admits his guilt to the rule violation (s) and waives his hearing rights. H.O. accepts guilty plea and finds that the guilty plea is merited.

*La Smera Jayen*

EXHIBIT 8                                        000008

**INMATE HEARING RECORD**

**HEARING OFFICER OF RECORD:**

_La-Tricia Taylor_                     August 23, 2007

H.O La-Tricia Taylor                                 DATE

I hereby acknowledge receipt of the hearing officer's decision:

Roger Terry341358                                 DATE

Distribution:   Institution
                 Inmate
                 Report Staff

EXHIBIT 8                                 000009

# MARYLAND DIVISION OF CORRECTION

## Hearing Decision Review

Inmate Name __Terry, Roger__ DOC#__341-358__ Date of Decision: __8/23/07__

Rule Violation: __Guilty 113__

**********************************************************************

**I.** __Review:__ I have reviewed the decision in your case and take the following action:

☑ Decision and sanction(s) affirmed.
☐ Sanction(s) imposed is modified (see Section III).
☐ Decision referred to Commissioner for review.
☐ **The decision is remanded for new hearing due to the following reason**:
    ☐ By my order for clarification of the record (see Section III).
    ☐ By order of the: ☐ Commissioner, ☐ Secretary of DPSCS, or ☐ court (see Sections III and V).

**II.** __Reviewing Authority Signature__:

_ATKINS Ward_     _Clark_     _9/_
    *Print Name & Title*      *Signature*      *Date*

**********************************************************************

**III.** __Comments:__ _____

_____

_____

_____

_____

**********************************************************************

**IV.** __Service Receipt Record:__ A failure to sign for receipt shall be deemed a waiver of Facility's service obligation.

__Inmate Signature:__ _Copy Given_     Date: _12/3_
☐ Inmate ID verified at service and inmate refused to sign for service receipt.

__Served By:__ _D. Spd_    Title _COII_ Date _12/3_ Time _____ ☐ A.M. ☐ P.M.

**********************************************************************

**V.** __Remand Hearing :__ Prior to appearance, you are entitled to 24 hours from the date and time of this notice to prepare for your scheduled hearing. You are permitted to request a qualified (per directive procedures) staff or inmate to represent you or as a witness (including reporting staff) for the purposes of your hearing __if you list them by name below. Failure to request representation or witnesses below at the time of service shall be deemed a waiver of your right for representation or witnesses at the time of your hearing.__ You may appeal any guilty finding and/or sanction to the warden within __15 days__ of the date for receipt of the hearing officer's decision.

Representative: _____

Witness: _____

Distribution:    White – Base File      Yellow – Inmate

DC Form 105-9aR (Rev. Feb. 07)

EXHIBIT 8         

DOC #: 341358 TERRY              ROGER          DALE
ACTION: ____  INFR DT/TIME: 08 09 2007 / 07 20 INMATE SERVED: 08 11 2007 / 14 40
INSTITUTION     : MCIJ   MD CORR INS-JES    SCHEDULED HEARING: 08 16 2007
RULES CHARGED   : 113 ___ ___ ___ ___ ___ ___ ___ ___    CUR SEC: _____
INFORMAL DISP   : OFFERED N   ACCEPTED BY INMATE N   WITNESS REQUESTED N
WRITTEN BY      : OFC. ANYAEGBU           INFRAC ENTERED BY:  FISHER M
HEARING DATE/TIME: 08 23 2007 / 09 20    ENTERED BY: DAUGHERTY  N
DISPOSITION     : GUILTY Y  NOT GUILTY _  DISMISSED _ REDUCE TO INCIDENT _
GUILTY OF RULES : 113 ___ ___ ___ ___ ___ ___ ___ ___ ___
SANCTION    : SEG  0030 DAYS FR 08 09 2007  TO 09 07 2007 END DATE 02 08 2008
            : CELL _____ DAYS FR __ __ _____    TO         END DATE 03 08 2008
            : LOV  _____ DAYS FR __ __ _____    TO         END DATE
INDEFINITE LOSS VISITS FLAG: _
DIM REVOKED: GCC _____ DAYS SPC _____ DAYS  HO NAME: TAYLOR
COMMENTS    : _____
COMMENTS    : _____
WARDENS ACTION:      AFFIRMED Y REDUCED _ NEW PROC ORDERED _ DATE 09 10 2007
DATE ENTERED: 10/04/07        ENTERED BY: SPARROW, K
WARDENS COMMENTS: _____
        * INMATE HAS  +996 GCC AND   +32 SPC AVAILABLE **( +1028)**
     - INQUIRY ONLY.

EXHIBIT 8                                    000011

SEPTEMBER 12, 2007     RULES 104, 401, 405, 500

EXHIBIT 8



4.C.B    LOT #

Appendix 1 to DCD 105-4

### MARYLAND DIVISION OF CORRECTION
## NOTICE OF INMATE RULE VIOLATION AND DISCIPLINARY HEARING

**Inmate Name:** Roger Terry    **DOC#:** 341-358    **Facility** WCI    **Housing:** 5-A-22B
**Violation: Date** 9/12/07 **Time:** 1925hrs. AM/**PM** **Recommended charge:** 104, 401, 403, 405.

**Reported facts:** On 9/12/07, I, E. Burkey COII, was assigned to Housing Unit 5-D-wing. At approximately 1925hrs. the inmates were exiting the Housing Unit for small yard. As inmate Roger Terry DOC#341-358 5-A-22B was exiting A-wing he shouted at me "I want my property." I informed inmate Terry that his property would be distributed by the property officer. Inmate, Terry then yelled "I want my fucking property now." Then he yelled "You all are a bunch of bitches and cowards up here, I ain't going into any cell until I get my property." I ordered inmate Terry to display his state identification card. Terry stated "I ripped the fucking thing up." I ordered Terry to place his hands behind his back in order to be handcuffed. Terry yelled "Try to handcuff me and I will fuck up all you bitches." Inmate Terry was then handcuffed. Terry yelled "You bitches are going

**I solemnly affirm under the penalties of perjury and upon personal knowledge that the facts set forth in the above report are true.**

**Reporting Staff:** _E. Burkey COII_    _E. Burkey COII_   9/12/07
    *Print Name and Title*        *Signature*       *Date*

---

1. **Supervisory Review:** The above report has been reviewed with the following action taken:

a. **Action Taken:** ☑Formal Hearing ☑Administrative Segregation Assignment ☐ Use of Force ☐ Contraband Disposition ☐ Incident Report

b. **Rule Violation Charged:** 104, 401, 405, 500

c. ☐ **Informal Disposition: Rule Violation:** _____ **Sanction:** _____ **Effective Date:** _____

d. **Informal Service:** I understand by my signature below that: I waive a hearing by a hearing officer on the offenses charged, this report and informal action will be placed on my OBSCIS & in my facility file records, and where applicable I accept the offer of informal disposition sanction.

Inmate Signature: _____ Date: _____ Time: _____

e. **Comments:** Nature of Incident warrants formal hearing.

f. **Shift Supervisor:** T. Bensival COI    Q. Bensival COI   9-12-07
    *Print Name and Title*        *Signature*       *Date*

2. **Administrative Segregation Assignment Review:** The recommendation has been reviewed and I ☑**Approve** or ☐ **Disapprove.**

Shift Commander: _J True COC_    True   9-12-07
    *Print Name and Title*        *Signature*       *Date*

---

3. **Formal Hearing Service:** A. *Preparation:* You are entitled to 24 hours from the date and time of receipt of this notice before you may appear before a hearing officer to answer to the offenses charged in this notice. B. *Representation:* You may request representation by staff or a qualified inmate from the general population of this facility if you indicate their name below. A failure to list a name below shall be deemed at your hearing as a waiver of your right to representation. C. *Witnesses:* You may request for your hearing any witness who is relevant, material, & non-cumulative that may include staff and/or the reporting staff if you indicate them by name below. A failure to list by name below shall be deemed at your hearing as a waiver of your right to call witnesses.

Representative: _____ Witness: _____

4. **Appeal:** You may appeal a guilty decision and/or sanction in writing to the warden within 15 calendar days of receipt for the hearing officer's decision.

5. **Service of Notice:** Signature below is only acknowledgment for receipt of notice copy. Refusal to sign is deemed waiver of service obligation by the facility.

**Waiver of 24 Hour Notice:** ☐ I waive 24 hour notice and request to appear before a hearing officer as soon as possible.

Inmate's Signature: _Roger Terry_    DOC#: 341-358    Date: 9-12-07

☑**Inmate ID verified** ☐ **Copy given but inmate refused to sign for service** ☑**Inmate requested no rep. or witness at service**

Notice Served By: _J Henderson_    _J Henderson COII_    9/12/07 22:45
    *Print Name and Title*        *Signature*       *Date and Time*

**Distribution:**    White Copy—Base File      Yellow Copy—Inmate      Pink Copy—Facility
DC Form 105-4a (Rev. Feb. 07)

EXHIBIT 8          000013

**Maryland Division of Correction**
## NOTICE OF INMATE RULE VIOLATION AND DISCIPLINARY HEARING
(Continuation Sheet)

Inmate Name: _Roger Terry_ #: _341-358_ Date of Violation: _9/12/07_

to have problems from me no matter where you put me." Inmate
Terry was informed of this adjustment and identified by his
state identification card.

Inmate's Signature _Roger Terry_ # _341-358_ Date _9-12-07_

Notice Served By _J. Henderson_ Title _CO II_ Date _9/12/07_ Time _2245_

Distrbution: White copy - Base File  Yellow copy - Inmate  Pink copy - Institution

DC Form 105-5a (Rev. Nov. 1997)

EXHIBIT 8

000014

# WESTERN CORRECTIONAL INSTITUTION
## Cumberland, Maryland

## INFORMATION REPORT FORM

DATE:   12th September 2007
APPROXIMATE TIME: 1925 HRS

DISTRIBUTION: SHIFT COMMANDER

INCIDENT REFERENCE HEADING:  Disruptive Inmate
INMATE'S NAME, NUMBER, HOUSING:  Terry, Roger #341358 HU 5 B 22B
INCIDENT DESCRIPTION (WHO, WHAT, WHERE, WHEN, HOW)?: On 12th September at approximately 1925 HRS I Officer
Crawford COII was escorting the Med Nurse on A-Tier when I heard a confrontation on the bottom of A- Tier Between
Officer Burkey COII and Inmate Terry, Roger #341358 HU 5 B 22B.  I Officer Crawford COII Heard Inmate Terry tell Officer
Burkey COII " I want my fucking property now" then he said "You are all a bunch of bitches and cowards up here,  I ain't going
into the cell until I get my property."  At that time Officer Burkey COII ordered Inmate Terry to place his hands behind his back.
Inmate Terry replied "try to handcuff me and I will fuck up all you bitches."  Inmate Terry was then handcuffed and I Officer
Crawford COII escorted him to Housing Unit 5 without further incident.

A. Crawford COII
REPORTING OFFICER PRINTED NAME / SIGNATURE

DISPOSITION OF INCIDENT:  _Information Report accompanies_
_Notice of Infraction._

DISTRIBUTION:

| | | | | |
|---|---|---|---|---|
| ASSISTANT WARDEN | | PSYCHOLOGY DEPT. | | INMATES COPY ✓ |
| SECURITY CHIEF | | MEDICAL DEPT. | | 8-4 SHIFT |
| UNIT MANAGER | | REPORTING OFFICER ✓ | | 4-12 SHIFT |
| CASE MANAGER | | HEARING OFFICER | | 12-8 SHIFT |
| | | MAINTENANCE | | OTHER |

SUPERVISOR PRINTED NAME AND TITLE

EXHIBIT 8                                    000015

Case: Terry, Roger  #  3-1358
Heard With:

## Department of Public Safety and Correctional Services
## INMATE HEARING RECORD
### (Hearing Officer Decision)

Name:      #      Date of Violation: 9/12/07

**HEARING OFFICER'S DECISION:**

| Rule | Guilty | Not Guilty | IR | Dismissed | Informal Disposition Sanction |
|------|--------|-----------|-----|-----------|-------------------------------|
| 104 | ☒ | ☐ | ☐ | ☐ | ☐ |
| 405 | ☒ | ☐ | ☐ | ☐ | ☐ |
|  | ☐ | ☐ | ☐ | ☐ | ☐ |
|  | ☐ | ☐ | ☐ | ☐ | ☐ |
|  | ☐ | ☐ | ☐ | ☐ | ☐ |
|  | ☐ | ☐ | ☐ | ☐ | ☐ |
|  | ☐ | ☐ | ☐ | ☐ | ☐ |
|  | ☐ | ☐ | ☐ | ☐ | ☐ |

**SANCTIONS IMPOSED:**
**Matrix Adjustment History: POOR Effective Date: 9-12-07**

| Rule | Category | Seg. Days | CR Days | CC/CS | Revoke GCC |
|------|----------|-----------|---------|-------|------------|
| 104 | I | 150 |  |  | --0-- |
| 405 | IV | 60 |  | CC | --0-- |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

SEG = Segregation   CR = Cell Restriction CC = Concurrent CS = Consecutive GCC = Good Conduct Credits

☐ Override-Reasons:
☐ Other Sanctions:

Reason for Decision (state evidence weighed and findings): HO accepts negotiated plea agreement.   Def understands the ramifications  of his guilty plea and agrees to waiver his hearing/rights.   END  AD>      .      :

EXHIBIT 8          000016

Case: Terry,  Roger  #  5-5358
Heard With:

**Department of Public Safety and Correctional Services**
**INMATE HEARING RECORD**

Name:          #          Date of Violation 9/12/07

## I.   PRELIMINARY MATTERS:

Date of Appearance: 9/17/07 Time: 11:30 AM

Inmate Representation:  ☒ **No** ☐ **Yes** Name:  self

☐ **Denied**
   **Reason:**

Inmate Witness:      ☒ **No** ☐ **Yes** Name(s):none

☐ **Denied**
   **Reason:**

**Inmate Pleadings:**

| Rule | Not Guilty | No Plea | Guilty |
|------|------------|---------|--------|
| 104  | ☐          | ☐       | ☒      |
| 405  | ☐          | ☐       | ☒      |
|      | ☐          | ☐       | ☐      |
|      | ☐          | ☐       | ☐      |
|      | ☐          | ☐       | ☐      |

## II.   EVIDENTIARY MATTERS:    Hearing Date: 9/17/07

Notice of  Rule Violation form:Two pg Notice, one pg Info by Crawford are both made part
of the Record.
Preliminary  Issues presented by Def:none presented

Statement by Def:

EXHIBIT 8

000017

**HEARING OFFICER OF RECORD:**

_____                    9/17/2007
Al    Davis,    HO                                  DATE

I hereby acknowledge receipt of the hearing officer's decision:

_____
Roger   Terry    #341358                              DATE

Distribution:    Institution
                 Inmate
                 Report Staff

4 - A-38

# MARYLAND DIVISION OF CORRECTION

## Hearing Decision Review

infraction 9/12/07

Inmate Name ___Roger Terry  4C13___ DOC#__341358__ Date of Decision: __heard 9/17/07__

Rule Violation: _____Guilty rules 104 & 405_____

**I.** **Review:** I have reviewed the decision in your case and take the following action:

☑ Decision and sanction(s) affirmed.
☐ Sanction(s) imposed is modified (see Section III).
☐ Decision referred to Commissioner for review.
☐ **The decision is remanded for new hearing due to the following reason:**
    ☐ By my order for clarification of the record (see Section III).
    ☐ By order of the: ☐ Commissioner, ☐ Secretary of DPSCS, or ☐ court (see Sections III and V).

**II.** **Reviewing Authority Signature:**

| _____ | _____ | 10-5-07 |
| Print Name & Title | Signature | Date |

**III.** **Comments:** _____

_____

_____

_____

_____

**IV.** **Service Receipt Record:** A failure to sign for receipt shall be deemed a waiver of the Facility's service obligation.

_Inmate Signature:_ X _Roger Terry_____ Date: 10-30-07
☐ Inmate ID verified at service and inmate refused to sign for service receipt.

                                                                          ☐ A.M.
_Served By:_ _Ofc Huff_____ Title_Co 2_ Date _10-30-07_ Time _1301_ ☐ P.M.

**V.** **Remand Hearing:** Prior to appearance, you are entitled to 24 hours from the date nad time of this notice to prepare for your scheduled hearing. You are permitted to request a qualified (per directive procedures) staff or inmate to represent you or as a witness (including reporting staff) for the purposes of your hearing <u>if you list them by name below. Failure to request representation or witnesses below at the time of service shall be deemed a waiver of your right for representation or witnesses at the time of your hearing.</u> You may appeal any guilty finding and/or sanction to the warden within <u>15 days</u> of the date for receipt of the hearing officer's decision.

Representative: _____

Witness: _____

Distribution:   White - Base File      Yellow - Inmate

DC Form 105-9aR (Rev. Feb. 07)



# Department of Public Safety and Correctional Services

**Division of Correction**
**Western Correctional Institution**
13800 McMULLEN HIGHWAY, SW • CUMBERLAND, MARYLAND 21502
(301) 729-7000 • FAX (301) 729-7024 • TTY USERS 1-800-735-2258 • www.dpscs.state.md.us

STATE OF MARYLAND

MARTIN O'MALLEY
GOVERNOR

ANTHONY G. BROWN
LT. GOVERNOR

GARY D. MAYNARD
SECRETARY

G. LAWRENCE FRANKLIN
DEPUTY SECRETARY

DIVISION OF CORRECTION

J. MICHAEL STOUFFER
ACTING COMMISSIONER

VACANT
DEPUTY COMMISSIONER

WESTERN
CORRECTIONAL
INSTITUTION

BOBBY SHEARIN
WARDEN

HARRY B. MURPHY, Ph.D.
ASSISTANT WARDEN

FRANK B. BISHOP, JR.
CHIEF OF SECURITY

## ADMINISTRATIVE ACTION

TO:   Roger Terry #341358 HU4A38A        DATE:  10/15/07

-----------------------------------------------------------------------

The recommendations of the Reduction of Violence Committee on the Adjustment Infraction of 9/12/07 have been evaluated.  It has been determined to impose the following Administrative Action:

**Hearing Date:**        9/17/07

**Original Sentence:**    Guilty rule 104 – Cat I – 140 days seg;

**Administrative:**
**Action:**          The ROV is imposing an administrative action upon your
                  release from segregation to general population.  Your
                  conduct posed a serious threat to the security and
                  orderly running of WCI.  Administratively you will be
                  restricted to your assigned room for 30 days
                  to ensure that you are in compliance with
                  WCI rules and regulations. Your Unit Manager will
                  discuss with you the specifics of this restriction and any
                  exceptions therein.

                          _Bobby P Shearin_
                          Bobby Shearin, Warden

BPS/rme

cc:    File w/Adjustment Infraction
      Gate House Reception (for visiting sanctions only)
      Segregation Unit Officer
      Case Management (2)
      Commitment
      Traffic Office
      ROV Committee- AW (for additional sanctions only)

EXHIBIT 8                                        000020

EXHIBIT 8                                                    000021



Appendix 1 to DCD 105-4



MARYLAND DIVISION OF CORRECTION
## NOTICE OF INMATE RULE VIOLATION AND DISCIPLINARY HEARING

**Inmate Name:** Terry, Roger  **DOC#:** 341358  **Facility** WCI  **Housing:** 4-B-2

**Violation: Date:** 11/28/2008 **Time:** 0830 hrs AM/PM. **Recommended charge:** _312, 400, 401_

**Reported facts:** On November 28, 2008 at approximately 0830 hrs, I officer S. Wilson COII along with SGT Engle, Ofc Linaburg and Ofc Faulkner was tasked to place inmate Terry, Roger 341358 in 4B2 contingency. Inmate Terry refused to allow his cell bubby inmate Michael, Warner 307136 back into his assigned cell 4B31. Myself, SGT Engle and Ofc Faulkner escorted inmate Terry to HU4B 2, where he was given strip search instructions by Ofc Linaburg. When Ofc Linaburg uncuffed inmate Terry's left hand, inmate refused to place his on hand on the wall. Inmate continued to refuse and resist all orders and efforts by Ofc Faulkner to place inmate Terry's hand on the wall. Inmate Terry became more aggressive and continued to resist our efforts and orders to comply. At this time I applied pepper spray MK-40 L3 to his facial area. Inmate Terry was then placed on the cell floor where Ofc Linaburg secured inmate Terry's left hand with handcuffs and then he was escorted to HU4 medical room where medical staff was waiting. Inmate Terry refused medical treatment and a shower. Inmate Terry was then escorted back to 4B2 without incident. He was identified by personal recognition and tier roster.

**I solemnly affirm under the penalties of perjury and upon personal knowledge that the facts set forth in the above report are true.**

**Reporting Staff:** S. Wilson COII  _[signature]_  11/28/2008
_Print Name and Title_  _Signature_  _Date_

---

1. **Supervisory Review:** The above report has been reviewed with the following action taken:
   a. **Action Taken:** ☑ Formal Hearing ☑ Administrative Segregation Assignment ☐ Use of Force ☐ Contraband Disposition ☐ Incident Report
   b. Rule Violation Charged: _312, 400, 401_
   c. ☐ **Informal Disposition: Rule Violation:** ___ **Sanction:** ___ **Effective Date:** ___
   d. **Informal Service:** I understand by my signature below that: I waive a hearing by a hearing officer on the offenses charged, this report and informal action will be placed on my OBSCIS & in my facility file records, and where applicable I accept the offer of informal disposition sanction.

   Inmate Signature: _____ Date: _____ Time: _____
   e. **Comments:** _____
   f. **Shift Supervisor:** DW Norris Col  _[signature]_ Col  11/28/08
   _Print Name and Title_  _Signature_  _Date_

2. **Administrative Segregation Assignment Review:** The recommendation has been reviewed and I ☑ **Approve** or ☐ **Disapprove.**
   Shift Commander: C. Tichnell, Lor.  _[signature]_  11/28/08
   _Print Name and Title_  _Signature_  _Date_

3. **Formal Hearing Service:** A. *Preparation:* You are entitled to 24 hours from the date and time of receipt of this notice before you may appear before a hearing officer to answer to the offenses charged in this notice. B. *Representation:* You may request representation by staff or a qualified inmate from the general population of this facility if you indicate their name below. A failure to list a name below shall be deemed at your hearing as a waiver of your right to representation. C. *Witnesses:* You may request for your hearing any witness who is relevant, material, & non-cumulative that may include staff and/or the reporting staff if you indicate them by name below. A failure to list by name below shall be deemed at your hearing as a waiver of your right to call witnesses.

   Representative: _____ Witness: Charlene R/N  Michael Warner

4. **Appeal:** You may appeal a guilty decision and/or sanction in writing to the warden within 15 calendar days of receipt for the hearing officer's decision.
5. **Service of Notice:** Signature below is only acknowledgment for receipt of notice copy. Refusal to sign is deemed waiver of service obligation by the facility.

   **Waiver of 24 Hour Notice:** ☐ I waive 24 hour notice and request to appear before a hearing officer as soon as possible.

   Inmate's Signature: Roger Terry  **DOC#:** 341-358  **Date:** 11-28-08

   ☑ Inmate ID verified ☐ Copy given but inmate refused to sign for service ☐ Inmate requested no rep. or witness at service

   Notice Served By: S. L. Linaburg COII  _[signature]_  11/28/08  13³⁰
   _Print Name and Title_  _Signature_  _Date and Time_

**Distribution:**  White Copy—Base File  Yellow Copy—Inmate  Pink Copy—Facility
DC Form 105-4a (Rev. Feb. 07)

EXHIBIT 8

000022

## Maryland Division of Correction
### INMATE HEARING RECORD

Name: Terry,   Roger   DOC# 341358 Violation Date:  11/28/08

Hearing Officer of Record: Davis
Heard With: N/A

### I: PRELIMINARY MATTERS:

Defendant inmate appearance:   Date: 12/8/2008 Time: 9:35 AM

The hearing officer of record shall document the following for the record:

1. List any request for inmate representation: ☒ **Representation waived by inmate.**
☐ **Yes: Name:** waivered

NOTE: If request is denied for procedural cause, state below why:

2: List any request by name for a witness: ☒  **Witness(es) waived by inmate.**

a: ☐ **Yes: Name:** waivered

b: List requested witness(es) and state defendant's proffer as to testimony for the witness(es):

c: If inmate witness(es) request is denied for procedural cause, state below why:

3: State any motions, evidence requests, etc. and hearing officer's decision as to such: none presented--Def wished to plead guilty to rule[s]  as indicated

4: State any request for postponement and hearing officer's decision as to such:

---

| Deleted: 5 |

EXHIBIT 8                                        000023

Name: Terry,   Roger  DOC# 341358 Violation Date: 11/28/08

## II. EVIDENTIARY MATTERS:

   **a. Hearing Date**: 12/8/2008

   **b. Name of Facility Representative:** Slate

   **c. Defendant Inmate Plea:**

| Rule | Not Guilty | No Plea | Guilty |
|------|-----------|---------|--------|
| 312  |           |         | ☒      |
| 400  |           |         |        |
| 401  |           |         | ☒      |
|      |           |         |        |
|      |           |         |        |

   **d. Argument by Parties and Testimony of Witnesses:**

| Deleted: 5 |
|---|

EXHIBIT 8                                    000024

## Maryland Division of Correction
## INMATE HEARING RECORD

Name: Terry,  Roger  # 341358 Date of Violation: 11/28/08

Hearing Officer of Record: Davis
Heard With: N/A

### III: HEARING OFFICER DECISION:

| Rule | Guilty | Not Guilty | IR | Dismissed | Informal Disposition Sanction |
|------|--------|-----------|----|-----------|------------------------------|
| 312 | ☒ | ☐ | ☐ | ☐ | ☐ |
| 400 | ☒ | ☐ | ☐ | ☐ | ☐ |
| 401 | ☒ | ☐ | ☐ | ☐ | ☐ |
|  | ☐ | ☐ | ☐ | ☐ | ☐ |
|  | ☐ | ☐ | ☐ | ☐ | ☐ |
|  | ☐ | ☐ | ☐ | ☐ | ☐ |
|  | ☐ | ☐ | ☐ | ☐ | ☐ |
|  | ☐ | ☐ | ☐ | ☐ | ☐ |

### IV: HEARING OFFICER WRITTEN FINDINGS:

**A. State all evidence ( list reports, testimony, physical evidence, etc.) weighed and considered at hearing:**  One pg Notice made part of the Record

**B. Based on evidence above, state fact findings:**
HO finds Def.  is knowingly pleading guilty to the rule[s] indicated.

**C. Based on fact finding above, state your decision:**
HO accepts negotiated plea agreement.  Def understands the ramifications of his guilty plea and agrees to waiver his hearing/rights.   Def put forward no issues.  END AD>

| Deleted: 5 |

EXHIBIT 8                                        000025

Name: Terry, Roger  DOC# 341358 Violation Date: 11/28/08

**V. SANCTIONS:**

**Matrix Adjustment History: POOR Effective Date: 11-28-08**

| Rule | Category | Seg. Days | CR Days | CC/CS | Revoke GCC |
|------|----------|-----------|---------|-------|------------|
| 312 | III | 90 | | | --0-- |
| 400 | IV | 60 | | CC | --0-- |
| 401 | IV | 60 | | CC | --0-- |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SEG = Segregation   CR = Cell Restriction CC = Concurrent CS = Consecutive GCC = Good Conduct Credits

☐ Override- State Reasons:

☐ Other Sanctions:

Deleted: 5

| DC form 105-7b (Rev. Feb. 07)

EXHIBIT 8

**VI. RECEIPT OF HEARING RECORD:**

**Date of Hearing: 12/8/2008**

**Date of Violation: 11/28/08**

**Teleconferenced Hearing: N/A**

**Name and Title of Serving Staff:**

_____
                                                    DATE

By signing I hereby acknowledge receipt of the hearing officer's decision:

_____
                                                    DATE

R Terry #

Distribution:   Institution
                Inmate
                Report Staff

| Deleted: 5 |

EXHIBIT 8                                          000027



Appendix 1 to DCD 105-9

# MARYLAND DIVISION OF CORRECTION

## Hearing Decision Review

infraction 11/28/08

Inmate Name: Roger Terry (4A43)   DOC#: 341358 Date of Decision: heard 12/8/08

Rule Violation: Guilty rules 312, 400, & 401

**I.** **Review:** I have reviewed the decision in your case and take the following action:

☑ Decision and sanction(s) affirmed.
☐ Sanction(s) imposed is modified (see Section III).
☐ Decision referred to Commissioner for review.
☐ **The decision is remanded for new hearing due to the following reason:**
   ☐ By my order for clarification of the record (see Section III).
   ☐ By order of the: ☐ Commissioner, ☐ Secretary of DPSCS, or ☐ court (see Sections III and V).

**II.** **Reviewing Authority Signature:**

_Bobby P. Shearin_ _____ _Warden_ _____ _12/31/08_
Print Name & Title           Signature              Date

**III.** **Comments:** _____

_____
_____
_____
_____

**IV.** **Service Receipt Record:** A failure to sign for receipt shall be deemed a waiver of the Facility's service obligation.

Inmate Signature: X _Roger Terry_ _____ Date: _1-6-08_
☐ Inmate ID verified at service and inmate refused to sign for service receipt.

                                                              ☐ A.M.
Served By: _Smith_ _____ Title _CII_ Date _1-6-09_ Time _145_ ☒ P.M.

**V.** **Remand Hearing:** Prior to appearance, you are entitled to 24 hours from the date nad time of this notice to prepare for your scheduled hearing. You are permitted to request a qualified (per directive procedures) staff or inmate to represent you or as a witness (including reporting staff) for the purposes of your hearing if you list them by name below. Failure to request representation or witnesses below at the time of service shall be deemed a waiver of your right for representation or witnesses at the time of your hearing. You may appeal any guilty finding and/or sanction to the warden within 15 days of the date for receipt of the hearing officer's decision.

Representative: _____

Witness: _____

Distribution:   White - Base File       Yellow - Inmate

DC Form 105-9aR (Rev. Feb. 07)

EXHIBIT 8                                                    000028

DECEMBER 1, 2008      RULE 102

EXHIBIT 8                                        000029



**MARYLAND DIVISION OF CORRECTION**
## NOTICE OF INMATE RULE VIOLATION AND DISCIPLINARY HEARING

**Inmate Name:** Roger Terry   **DOC#:** 34/358   **Facility** WCI   **Housing:** HU4 A43B

**Violation: Date:** 12|1|08 **Time:** 1730 AM/**PM**   **Recommended charge:** 102

**Reported facts:** On 12-1-08, I, Ofc. A. Moses, COII was assigned to housing unit 4 (A-wing). At approximately 1730, I, Ofc. A. Moses was conducting a wing walk on the mezzanine level. As I approached cell 43 I observed the above named inmate standing with his back towards the cell window facing in my direction. Inmate Terry was sweating perfusely and breathing heaving. His cell partner (James Logan) was bleeding from the face. I immediately asked what happened. Inmate Terry replied, "Get him out of here now." I ordered both inmates to "cuff-up", failure to do so would result in a use of force. Inmate Roger Terry complied with my orders. Inmate Terry was removed without incident.

I solemnly affirm under the penalties of perjury and upon personal knowledge that the facts set forth in the above report are true.

**Reporting Staff:** A. MOSES, COII   *A. Moses, COII*   *Dec. 1, 2008*
   *Print Name and Title*   *Signature*   *Date*

1. **Supervisory Review:** The above report has been reviewed with the following action taken:

a. **Action Taken:** ☑ Formal Hearing ☐ Administrative Segregation Assignment ☐ Use of Force ☐ Contraband Disposition ☐ Incident Report

b. Rule Violation Charged: 102

c. ☐ **Informal Disposition: Rule Violation:** _____ **Sanction:** _____ **Effective Date:** _____

d. **Informal Service:** I understand by my signature below that: I waive a hearing by a hearing officer on the offenses charged, this report and informal action will be placed on my OBSCIS & in my facility file records, and where applicable I accept the offer of informal disposition sanction.

Inmate Signature: _____ Date: _____ Time: _____

e. **Comments:** Inmate currently on Disciplinary Segregation

f. **Shift Supervisor:** R Snyder   *R Snyder*   12/1/08
   *Print Name and Title*   *Signature*   *Date*

2. **Administrative Segregation Assignment Review:** The recommendation has been reviewed and I ☑ **Approve** or ☐ **Disapprove.**

Shift Commander: G. FARRIS COM   *G Farris*   12-1-08
   *Print Name and Title*   *Signature*   *Date*

3. **Formal Hearing Service:** A. *Preparation:* You are entitled to 24 hours from the date and time of receipt of this notice before you may appear before a hearing officer to answer to the offenses charged in this notice. B. *Representation:* You may request representation by staff or a qualified inmate from the general population of this facility if you indicate their name below. A failure to list a name below shall be deemed at your hearing as a waiver of your right to representation. C. *Witness:* You may request for your hearing any witness who is relevant, material, & non-cumulative that may include staff and/or the reporting staff if you indicate them by name below. A failure to list by name below shall be deemed at your hearing as a waiver of your right to call witnesses.

Representative: _____ Witness: _____

4. **Appeal:** You may appeal a guilty decision and/or sanction in writing to the warden within 15 calendar days of receipt for the hearing officer's decision.

5. **Service of Notice:** Signature below is only acknowledgement for receipt of notice copy. Refusal to sign is deemed waiver of service obligation by the facility.

**Waiver of 24 Hour Notice:** ☐ I waive 24 hour notice and request to appear before a hearing officer as soon as possible.

Inmate's Signature: Roger Terry   **DOC#:** 341-358   **Date:** 12-1-08

☑ **Inmate ID verified** ☐ Copy given but inmate refused to sign for service ☐ Inmate requested no rep. or witness at service

**Notice Served By:** SE Bonner COII   *SS Bonner COII*   12-1-08 2030
   *Print Name and Title*   *Signature*   *Date and Time*

**Distribution:**
DC Form 105-4a (Rev. Feb. 07)   White Copy—Base File   Yellow Copy—Inmate   Pink Copy—Facility

EXHIBIT 8   000030



**Name:** LOGAN, JAMES

**DOC#:** 347025

**Cell:** 4A43A

**Date:** 12/1/2008

**Time:** 1740 hrs

**Photo by:** P. Merling, COS

**Description:**

Involved in altercation with cell partner Roger Terry #341358. Inmate Logan admitted WMHS-Mem

SIR # 08-115 2n

**Name:** LOGAN, JAMES

**DOC#:** 347025

**Cell:** 4A43A

**Date:** 12/1/2008

**Time:** 1740 hrs

**Photo by:** P. Merling, COS

**Description:**

Involved in altercation with cell partner Roger Terry #341358. Inmate Logan admitted WMHS-Mem

SIR # 08-115 2n

I, _____ have received on the _____ day of _____ 20 _____ the original photos from

UOF / SIR # _____ with incident date of _____ from DOC Headquarters Security Operations Unit.

SIGNATURE

DATE

EXHIBIT 8

000031



**Name:** LOGAN, JAMES

**DOC#:** 347025

**Cell:** 4A43A

**Date:** 12/1/2008
**Time:** 1740 hrs
**Photo by:** P. Merling, COS

**Description:**

Involved in altercation with cell partner Roger Terry #341358. Inmate Logan admitted WMHS-Mem

SIR # 08-115 2n

**Name:** LOGAN, JAMES

**DOC#:** 347025

**Cell:** 4A43A

**Date:** 12/1/2008
**Time:** 1740 hrs
**Photo by:** P. Merling, COS

**Description:**

Involved in altercation with cell partner Roger Terry #341358. Inmate Logan admitted WMHS-Mem

SIR # 08-115 2n

I, _____ have received on the _____ day of _____ 20 _____ the original photos from UOF / SIR # _____ with incident date of _____ from DOC Headquarters Security Operations Unit.

SIGNATURE _____  DATE _____

EXHIBIT 8

000032



**Name:** Terry, Roger

**DOC#:** 341358

**Cell:** 4A43B

**Date:** 12/1/2008
**Time:** 1740 hrs
**Photo by:** P. Merling, COS

**Description:**

Involved in altercation with cell partner James Logan #347025. Inmate Logan admitted WMHS-Mem

SIR # 08-115 2n

---

**Name:** Terry, Roger

**DOC#:** 341358

**Cell:** 4A43B

**Date:** 12/1/2008
**Time:** 1740 hrs
**Photo by:** P. Merling, COS

**Description:**

Involved in altercation with cell partner James Logan #347025. Inmate Logan admitted WMHS-Mem

SIR # 08-115 2n

---

I, _____ have received on the _____ day of _____ 20____ the original photos from
UOF / SIR # _____ with incident date of _____ from DOC Headquarters Security Operations Unit.

_____
SIGNATURE

_____
DATE

EXHIBIT 8                    000033

**Name:** Terry, Roger

**DOC#:** 341358

**Cell:** 4A43B

**Date:** 12/1/2008

**Time:** 1740 hrs

**Photo by:** P. Merling, COS

**Description:**

Involved in altercation with cell partner James Logan
#347025.  Inmate Logan admitted WMHS-Mem

SIR # 08-115 2n

---

**Name:**

**DOC#:**

**Cell:**

**Date:**

**Time:**

**Photo by:**

**Description:**

---

UOF / SIR # _____

I, _____ have received on the _____ day of _____, 20____ the original photos from
_____ with incident date of _____ from DOC Headquarters Security Operations Unit.

_____
SIGNATURE

_____
DATE

EXHIBIT 8

000034

## Maryland Division of Correction
## INMATE HEARING RECORD

Name: Terry, Roger  DOC# 341358 Violation Date:  12/1/08

Hearing Officer of Record: Davis
Heard With: N/A

### I: PRELIMINARY MATTERS:

Defendant inmate appearance:  Date: 12/8/2008 Time: 9:40 AM

The hearing officer of record shall document the following for the record:

1. List any request for inmate representation: ☒ Representation waived by inmate.
☐ Yes: Name: waivered

NOTE: If request is denied for procedural cause, state below why:

2: List any request by name for a witness: ☒   Witness(es) waived by inmate.

a: ☐ Yes: Name: waivered

b: List requested witness(es) and state defendant's proffer as to testimony for the witness(es):

c: If inmate witness(es) request is denied for procedural cause, state below why:

3: State any motions, evidence requests, etc. and hearing officer's decision as to such: none presented--Def wished to plead guilty to rule[s]  as indicated

4: State any request for postponement and hearing officer's decision as to such:

| Deleted: 5 |

EXHIBIT 8                                        000035

Name: Terry,  Roger  DOC# 341358 Violation Date: 12/1/08

## II. EVIDENTIARY MATTERS:

**a. Hearing Date**: 12/8/2008

**b. Name of Facility Representative: Slate**

**c. Defendant Inmate Plea:**

| Rule | Not Guilty | No Plea | Guilty |
|------|-----------|---------|--------|
| 102  | ☐ | ☐ | ☒ |
|      | ☐ | ☐ | ☐ |
|      | ☐ | ☐ | ☐ |
|      | ☐ | ☐ | ☐ |
|      | ☐ | ☐ | ☐ |

**d. Argument by Parties and Testimony of Witnesses:**

Deleted: 5

EXHIBIT 8                                        000036

**Maryland Division of Correction**
**INMATE HEARING RECORD**

Name: Terry,  Roger  # 341358 Date of Violation: 12/1/08

Hearing Officer of Record: Davis
Heard With: N/A

### III: HEARING OFFICER DECISION:

| Rule | Guilty | Not Guilty | IR | Dismissed | Informal Disposition Sanction |
|------|--------|-----------|----|-----------|-------------------------------|
| 102  | ☒      | ☐         | ☐  | ☐         | ☐                             |
|      | ☐      | ☐         | ☐  | ☐         | ☐                             |
|      | ☐      | ☐         | ☐  | ☐         | ☐                             |
|      | ☐      | ☐         | ☐  | ☐         | ☐                             |
|      | ☐      | ☐         | ☐  | ☐         | ☐                             |
|      | ☐      | ☐         | ☐  | ☐         | ☐                             |
|      | ☐      | ☐         | ☐  | ☐         | ☐                             |

### IV: HEARING OFFICER WRITTEN FINDINGS:

**A. State all evidence ( list reports, testimony, physical evidence, etc.) weighed and considered at hearing:** One pg Notice, three digital photos are all made part of the Record

**B. Based on evidence above, state fact findings:**
HO finds Def.  is knowingly pleading guilty to the rule[s] indicated.

**C. Based on fact finding above, state your decision:**
HO accepts negotiated plea agreement.  Def understands the ramifications of his guity plea and agrees to waiver his hearing/rights.   Def put forward no issues.  END AD>

| Deleted: 5 |
|---|

EXHIBIT 8                                        000037

Name: Terry, Roger  DOC# 341358 Violation Date: 12/1/08

## V. SANCTIONS:

**Matrix Adjustment History: Poor Effective Date: 12-1-08**

| Rule | Category | Seg. Days | CR Days | CC/CS | Revoke GCC |
|------|----------|-----------|---------|-------|------------|
| 102 | I | 150 | | | ---0- |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SEG = Segregation   CR = Cell Restriction CC = Concurrent CS = Consecutive GCC = Good Conduct Credits

☐ Override- State Reasons:

☐ Other Sanctions:

Deleted: 5

EXHIBIT 8                              000038

VI. RECEIPT OF HEARING RECORD:

Date of Hearing: 12/8/2008

Date of Violation: 12/1/08

Teleconferenced Hearing: N/A

Name and Title of Serving Staff:

_____
                                                    DATE

By signing I hereby acknowledge receipt of the hearing officer's decision:

_____
T   Roger  #                                        DATE

Distribution:   Institution
                Inmate
                Report Staff

| Deleted: 5 |

DC form 105-7b (Rev. Feb. 07)                Page 5 of 5

EXHIBIT 8                                              000039



## MARYLAND DIVISION OF CORRECTION

### Hearing Decision Review

infraction 12/1/08

Inmate Name___Roger Terry 4443___ DOC#___341358___ Date of Decision:___heard 12/8/08___

Rule Violation:___Guilty rule 102___

**I.** **Review:** I have reviewed the decision in your case and take the following action:

☑ Decision and sanction(s) affirmed.
☐ Sanction(s) imposed is modified (see Section III).
☐ Decision referred to Commissioner for review.
☐ **The decision is remanded for new hearing due to the following reason:**
    ☐ By my order for clarification of the record (see Section III).
    ☐ By order of the: ☐ Commissioner, ☐ Secretary of DPSCS, or ☐ court (see Sections III and V).

**II.** **Reviewing Authority Signature:**

_Bobby P Shearin_     _Warden_     _12/31/08_
    Print Name & Title        Signature        Date

**III.** **Comments:** _____
_____
_____
_____
_____

**IV.** **Service Receipt Record:** A failure to sign for receipt shall be deemed a waiver of the Facility's service obligation.

_Inmate Signature:_ _X Roger Terry_ _____ Date: _1-6-08_
☐ Inmate ID verified at service and inmate refused to sign for service receipt.

                                                                     ☐ A.M.
_Served By:_ _Coulter_ _____ Title_COI_ Date_1-6-09_ Time_144_ ☒ P.M.

**V.** **Remand Hearing:** Prior to appearance, you are entitled to 24 hours from the date nad time of this notice to prepare for your scheduled hearing. You are permitted to request a qualified (per directive procedures) staff or inmate to represent you or as a witness (including reporting staff) for the purposes of your hearing <u>if you list them by name below. Failure to request representation or witnesses below at the time of service shall be deemed a waiver of your right for representation or witnesses at the time of your hearing.</u> You may appeal any guilty finding and/or sanction to the warden within <u>15 days</u> of the date for receipt of the hearing officer's decision.

Representative: _____

Witness: _____

Distribution:    White - Base File       Yellow - Inmate

DC Form 105-9aR (Rev. Feb. 07)



# Department of Public Safety and Correctional Services

### Division of Correction
### Western Correctional Institution
13800 McMULLEN HIGHWAY, SW • CUMBERLAND, MARYLAND 21502
(301) 729-7000 • FAX (301) 729-7024 • TTY USERS 1-800-735-2258 • www.dpscs.state.md.us

STATE OF MARYLAND

MARTIN O'MALLEY
GOVERNOR

ANTHONY G. BROWN
LT. GOVERNOR

GARY D. MAYNARD
SECRETARY

G. LAWRENCE FRANKLIN
DEPUTY SECRETARY

DIVISION OF CORRECTION

J. MICHAEL STOUFFER
COMMISSIONER

WESTERN
CORRECTIONAL
INSTITUTION

BOBBY SHEARIN
WARDEN

HARRY B. MURPHY,Ph.D.
ASSISTANT WARDEN

FRANK B. BISHOP, JR.
CHIEF OF SECURITY

## ADMINISTRATIVE ACTION

TO:   Terry Roger #341358  HU4A43B          Date:1/15/09

---------------------------------------------------------------------------------

The recommendations of the Reduction in Violence Committee on the Adjustment Infraction of 12/01/08 have been evaluated.  It has been determined to impose the following Administrative Action:

**Hearing Date:**      12/08/08

**Original Sentence:**   Guilty rule 102 – Cat I – 150 days seg;

**Administrative:**
**Action:**            The RIV Committee is imposing an administrative action.  Your conduct posed a serious threat to the security and orderly running of WCI.  Administratively you will be restricted to your assigned room for **60 days consecutive** to ensure that you are in compliance with WCI rules and regulations. Your Unit Manager will discuss with you the specifics of this restriction and any exceptions therein.

Bobby Shearin, Warden

BPS/rme

cc:   File w/Adjustment Infraction
      Gate House Reception (for visiting sanctions only)
      Segregation Unit Officer
      Case Management (2)
      Commitment
      Traffic Office
      RIV Committee- AW (for additional sanctions only)
      Lt. Creek, HU#5 (for seg reductions only)

EXHIBIT 8                                                    000041

JANUARY 22, 2009 RULES 104, 400, 405

EXHIBIT 8                    000042



**Inmate Name:** _Roger Terry_  **DOC#** _341-358_  **Facility** _WCI_  **Housing:** _3A-45_

**Violation: Date:** _1-22-09_ **Time:** _12:45_ AM **PM** **Recommended charge:** _104, 400_

**Reported facts:** _Inmate Roger Terry #341-358 HU #3A-45 came to the commissary at 12:45 AM amongst a group of cell restriction end of day shoppers. Inmate Terry also appeared earlier, claimed he was unaware of his status and presented a regular shopping form that included food items. After advising inmate Terry that he was on cell restriction he was offered only the legal and hygiene from his original list, two pens and one soap powder, inmate Terry became immediately argumentative. I summoned Lt. Becker from his office to bring the situation to a healthy resolution. Inmate Terry became much louder, refused a direct order to leave peacefully and said to me, "You would never treat me this way on the street." His tone and facial expression seemed threatening._

**I solemnly affirm under the penalties of perjury and upon personal knowledge that the facts set forth in the above report are true.**

**Reporting Staff:** _David L. Grapes, CSO II_   _D. Grapes, CSO II_  _1/22/09_
　　　　　　　　　　Print Name and Title 　　　　　　　　Signature 　　　　　Date

1. **Supervisory Review:** The above report has been reviewed with the following action taken:

   a. **Action Taken:** ☑Formal Hearing ☑Administrative Segregation Assignment ☐ Use of Force ☐ Contraband Disposition ☐ Incident Report

   b. **Rule Violation Charged:** _104, 400, 405_ (WCI)

   c. ☐ **Informal Disposition: Rule Violation:** _____ **Sanction:** _____ **Effective Date:** _____

   d. **Informal Service:** I understand by my signature below that: I waive a hearing by a hearing officer on the offenses charged, this report and informal action will be placed on my OBSCIS & in my facility file records, and where applicable I accept the offer of informal disposition sanction.

   Inmate Signature: _____ Date: _____ Time: _____

   e. **Comments:** _Agreed to formal hearing._

   f. **Shift Supervisor:** _C. McKenzie CO2_   _C. McKenzie_  _1-22-09_
   　　　　　　　　　　　Print Name and Title 　　　　　　　Signature 　　　　　Date

2. **Administrative Segregation Assignment Review:** The recommendation has been reviewed and I ☑Approve or ☐ Disapprove.

   **Shift Commander:** _J. Tichnell, Capt._   _R. Nelson_  _1-22-09_
   　　　　　　　　　Print Name and Title 　　　　　　　Signature 　　　　　Date

3. **Formal Hearing Service:** A. *Preparation:* You are entitled to 24 hours from the date and time of receipt of this notice before you may appear before a hearing officer to answer to the offenses charged in this notice. B. *Representation:* You may request representation by staff or a qualified inmate from the general population of this facility if you indicate their name below. A failure to list a name below shall be deemed at your hearing as a waiver of your right to representation. C. *Witnesses:* You may request for your hearing any witness who is relevant, material, & non-cumulative that may include staff and/or the reporting staff if you indicate them by name below. A failure to list by name below shall be deemed at your hearing as a waiver of your right to call witnesses.

   Representative: _____ Witness: _____

4. **Appeal:** You may appeal a guilty decision and/or sanction in writing to the warden within 15 calendar days of receipt for the hearing officer's decision.

5. **Service of Notice:** Signature below is only acknowledgment for receipt of notice copy. Refusal to sign is deemed waiver of service obligation by the facility.

   **Waiver of 24 Hour Notice:** ☑ I waive 24 hour notice and request to appear before a hearing officer as soon as possible.

   _Roger Terry 341-358_

   Inmate's Signature: _Roger Terry_   **DOC#:** _341-358_   **Date:** _1-22-09_

   ☑ **Inmate ID verified** ☐ **Copy given but inmate refused to sign for service** ☑ **Inmate requested no rep. or witness at service**

   **Notice Served By:** _J. Fazie CoS_   _J. Fazie CoS_   _1-22-09_  _1500 hrs_
   　　　　　　　　　Print Name and Title 　　　　　　Signature 　　　　Date and Time

# WESTERN CORRECTIONAL INSTITUTION
## CUMBERLAND, MARYLAND

## INFORMATION REPORT FORM

DATE: _1-22-09_

APPROXIMATE TIME: _12:40 P.m_

DISTRIBUTION: SHIFT COMMANDER

INCIDENT REFERENCE HEADING: _Threatened an officer_

INMATE'S NAME, NUMBER, HOUSING: _Roger Terry, 341-358 Hu3A-45_

INCIDENT DESCRIPTION (WHO, WHAT, WHERE, WHEN, HOW)? _While working Commissary Inmate Roger Terry #341-358 was shopping at window Two where officer Grapes was working. Inmate Terry was getting loud and excitted because He Tried To shop regular Commissary when he was on Cell Restriction. He asked for a LT. and officer Grapes called for LT. Becker after hearing both sides LT. Becker Told Terry he could only shop for Cell Restriction Items. Inmate Terry Started To leave Commissary and on His Way Out the Door He said "If We Were on The street you Wouldn't be doing this". Inmate Terry went Back To Hu #3._

DISPOSITION OF INCIDENT: _Attach copy to Adjustment_

_George M. Cowell C/II_
REPORTING OFFICER

DISTRIBUTION:

| | | | |
|---|---|---|---|
| ASSISTANT WARDEN | | PSYCHOLOGY DEPT. | INMATE'S COPY |
| SECURITY CHIEF | | MEDICAL DEPT. | 8-4 SHIFT |
| UNIT MANAGER | ✓ | REPORTING OFFICER ✓ | 4-12 SHIFT |
| CASE MANAGER | | HEARING OFFICER | 12-8 SHIFT |
| | | MAINTENANCE | OTHER |

_C M Tongie C/II_
SUPERVISOR NAME AND TITLE

EXHIBIT 8

000044

# WESTERN CORRECTIONAL INSTITUTION
## Cumberland, Maryland

## INFORMATION REPORT FORM

DATE: _____1/22/2009_____
APPROXIMATE TIME: _____12:40_____

DISTRIBUTION: SHIFT COMMANDER

INCIDENT REFERENCE HEADING: _____Threatened an officer_____
INMATE'S NAME, NUMBER, HOUSING: _____Roger Terry, 341-358, HU3A45_____

Inmate Roger Terry, who is on cell restriction, came to the commissary to get his legal and hygiene items. Upon arriving, inmate Terry wanted to switch his slips, which is not allowed in the commissary. Officer Grapes informed inmate Terry numerous times that he would not be switching slips.

After a few minutes, I told inmate Terry that he would use his first list. Upon walking away, I heard inmate Terry say to Officer Grapes, "If we were on the street, you wouldn't treat me like this". He then left the commissary. I asked Officer Grapes and Officer Everett, if I had heard it right and both had said yes.

Lt. B. Becker, CSOS
REPORTING OFFICER

DISPOSITION OF INCIDENT: _Attach copy to adjustment_ _____

DISTRIBUTION:

| | | |
|---|---|---|
| ASSISTANT WARDEN _____ | PSYCHOLOGY DEPT. _____ | INMATES COPY _____ |
| SECURITY CHIEF _____ | MEDICAL DEPT. _____ | 8-4 SHIFT _____ |
| UNIT MANAGER ✓ | REPORTING OFFICER ✓ | 4-12 SHIFT _____ |
| CASE MANAGER _____ | HEARING OFFICER _____ | 12-8 SHIFT _____ |
| | MAINTENANCE _____ | OTHER _____ |

SUPERVISOR NAME AND TITLE

EXHIBIT 8                                    000045

## Maryland Division of Correction
## INMATE HEARING RECORD

Name: Terry Rogers  DOC# 341358 Violation Date: 1/22/2009

Hearing Officer of Record: Frederick J. Nastri
Heard With:

### I: PRELIMINARY MATTERS:

Defendant inmate appearance:   Date: 2/2/2009 Time: 9:45 AM

The hearing officer of record shall document the following for the record:

**1. List any request for inmate representation:** ☒ **Right to representation waived by  inmate.**
☐ **Yes: Name:**

**NOTE: If request is denied for procedural cause, state below why:**

**2: List any request by name for a witness:** ☒   **Right to witness(es) waived by inmate.**

**a:** ☐ **Yes: Name:**

**b: List requested witness(es) and state defendant's proffer as to testimony for the       witness(es):**

**c: If inmate witness(es) request is denied for procedural cause, state below why:**

**3: State any motions, evidence requests, etc. and hearing officer's decision as to such:**
Plea agreement reached in preliminary.

**4: State any request for postponement and hearing officer's decision as to such:**

DC form 105-7b (Rev. Feb. 07)                          Page 1 of 5

EXHIBIT 8                                    000046

## II. EVIDENTIARY MATTERS:

**a. Hearing Date**: 2/2/2009

**b. Name of Facility Representative: Slate**

**c. Defendant Inmate Plea:**

| Rule | Not Guilty | No Plea | Guilty |
|---|---|---|---|
| 400,405 | ☐ | ☐ | ☒ |
| | ☐ | ☐ | ☐ |
| | ☐ | ☐ | ☐ |
| | ☐ | ☐ | ☐ |
| | ☐ | ☐ | ☐ |

**d. Argument by Parties and Testimony of Witnesses:**
Plea of guilt accepted to the cited rules.

EXHIBIT 8                    000047

## Maryland Division of Correction
## INMATE HEARING RECORD

Name: Terry Rogers  # 341358 Date of Violation: 1/22/2009

Hearing Officer of Record: Frederick J. Nastri
Heard With:

### III: HEARING OFFICER DECISION:

| Rule | Guilty | Not Guilty | IR | Dismissed | Informal Disposition Sanction |
|------|--------|-----------|-----|-----------|-------------------------------|
| 400,405 | ☒ | ☐ | ☐ | ☐ | ☐ |
| | ☐ | ☐ | ☐ | ☐ | ☐ |
| | ☐ | ☐ | ☐ | ☐ | ☐ |
| | ☐ | ☐ | ☐ | ☐ | ☐ |
| | ☐ | ☐ | ☐ | ☐ | ☐ |
| | ☐ | ☐ | ☐ | ☐ | ☐ |
| | ☐ | ☐ | ☐ | ☐ | ☐ |
| | ☐ | ☐ | ☐ | ☐ | ☐ |

### IV: HEARING OFFICER WRITTEN FINDINGS:

**A. State all evidence ( list reports, testimony, physical evidence, etc.) weighed and considered at hearing:** Violation report and plea of guilt to cited rules.

**B. Based on evidence above, state fact findings:**
I accept plea was entered freely and voluntarily and the evidence validated the rule(s) plead to.

**C. Based on fact finding above, state your conclusions:**
Plea validated by evidence.

EXHIBIT 8                    000048

## V. SANCTIONS:

**Matrix Adjustment History: Poor Effective Date: 1-22-09**

| Rule | Category | Seg. Days | CR Days | CC/CS | Revoke GCC |
|------|----------|-----------|---------|-------|------------|
| 400  |          | 60        |         |       | 20         |
| 405  |          | 60        |         | CC    |            |
|      |          |           |         |       |            |
|      |          |           |         |       |            |
|      |          |           |         |       |            |
|      |          |           |         |       |            |
|      |          |           |         |       |            |

SEG = Segregation   CR = Cell Restriction CC = Concurrent CS = Consecutive GCC = Good Conduct Credits

☐ Override- State Reasons:

☐ Other Sanctions:

EXHIBIT 8    000049

## VI. RECEIPT OF HEARING RECORD:

**Date of Hearing: 2/2/2009**

**Date of Violation: 1/22/2009**

**Teleconferenced Hearing: N/A**

**Name and Title of Serving Staff:**

_____    DATE

By signing I hereby acknowledge receipt of the hearing officer's decision:

_____    DATE

Terry Rogers  #341358

Distribution:    Institution
                 Inmate
                 Report Staff

EXHIBIT 8

000050

Appendix 1 to DCD 105-9

# MARYLAND DIVISION OF CORRECTION

## Hearing Decision Review

infraction 1/22/09

Inmate Name  Roger Terry  4C15  DOC# 341358  Date of Decision: heard 2/2/09

Rule Violation: Guilty rules 400 & 405

I.  **Review:**  I have reviewed the decision in your case and take the following action:

☑ Decision and sanction(s) affirmed.
☐ Sanction(s) imposed is modified (see Section III).
☐ Decision referred to Commissioner for review.
☐ **The decision is remanded for new hearing due to the following reason:**
    ☐ By my order for clarification of the record (see Section III).
    ☐ By order of the: ☐ Commissioner, ☐ Secretary of DPSCS, or ☐ court (see Sections III and V).

II.  **Reviewing Authority Signature:**

_Bobby P Shearin_  _Warden_  _2/24/09_
Print Name & Title  Signature  Date

III.  **Comments:**

IV.  **Service Receipt Record:** A failure to sign for receipt shall be deemed a waiver of the Facility's service obligation.

Inmate Signature: _Roger Terry_  Date: _3-6-09_
☐ Inmate ID verified at service and inmate refused to sign for service receipt.

☐ A.M.
Served By: _M Nelson_  Title _COII_  Date _3-6-09_  Time _1448_ ☑ P.M.

V.  **Remand Hearing:**  Prior to appearance, you are entitled to 24 hours from the date nad time of this notice to prepare for your scheduled hearing. You are permitted to request a qualified (per directive procedures) staff or inmate to represent you or as a witness (including reporting staff) for the purposes of your hearing if you list them by name below. Failure to request representation or witnesses below at the time of service shall be deemed a waiver of your right for representation or witnesses at the time of your hearing. You may appeal any guilty finding and/or sanction to the warden within 15 days of the date for receipt of the hearing officer's decision.

Representative: _____

Witness: _____

Distribution:  White - Base File      Yellow - Inmate

DC Form 105-9aR (Rev. Feb. 07)

EXHIBIT 8      000051

AUGUST 15, 2009  RULES 301, 305, 405

EXHIBIT 8                    000052



**MARYLAND DIVISION OF CORRECTION**
**NOTICE OF INMATE RULE VIOLATION AND DISCIPLINARY HEARING**

**Inmate Name:** Roger, Terry **DOC#** 341-358 **Facility** WCI **Housing** 5A48B
**Violation: Date** 8-15-09 **Time:** 01:40 AM/PM. **Recommended charge:** 301, 305, 405

**Reported facts:** On August 15th 2009 at Approximately 0140 am I ofc J. Worgul CoII was observing inmates returning from urinalysis passes. I noticed inmate Roger, Terry # 341-358 HUSA48B walk into the unit very slowly. I told inmate Roger to place his hands on the wall and began a pat search he had an intense odor of alcohol, myself and ofc R. Kirk coII escorted inmate Roger to his cell and conducted a cell search. Upon completion of the cell search two quart size drink mix cups were filled with formented fruit juices. They were hidden behind his Locker. Inmate Roger was noticed he was receiving an adjustment for being in violation of Rule 301 which clearly states: unauthorized possession or use of alcohol. Inmate Roger was positively identified by his state issued id card and was returned to him.

I solemnly affirm under the penalties of perjury and upon personal knowledge that the facts set forth in the above report are true.

**Reporting Staff:** J. Worgul CoII _____ Signature _____ 8-15-09
   *Print Name and Title*          *Signature*          *Date*

1. **Supervisory Review:** The above report has been reviewed with the following action taken:

   a. **Action Taken:** ☑ Formal Hearing ☑ Administrative Segregation Assignment ☐ Use of Force ☐ Contraband Disposition ☐ Incident Report

   b. Rule Violation Charged: _301, 202, 305, 405_ _____ **Effective Date:** _____

   c. ☐ **Informal Disposition: Rule Violation:** _____ **Sanction:** _____

   d. **Informal Service:** I understand by my signature below that: I waive a hearing by a hearing officer on the offenses charged, this report and informal action will be placed on my OBSCIS & in my facility file records, and where applicable I accept the offer of informal disposition sanction.

   Inmate Signature: _____ Date: _____ Time: _____

   e. **Comments:** Placed on ASPA, waiting for test results of Alco sensor. Note # Inmate was housed in cell by himself

   f. **Shift Supervisor:** D Creek CoL _____ D Creek CoL 8-15-09
      *Print Name and Title*          *Signature*          *Date*

2. **Administrative Segregation Assignment Review:** The recommendation has been reviewed and I ☑ Approve or ☐ Disapprove.

   Shift Commander: D.L. White COC _____ DL White COC 8-15-09
   *Print Name and Title*          *Signature*          *Date*

3. **Formal Hearing Service:** A. *Preparation:* You are entitled to 24 hours from the date and time of receipt of this notice before you may appear before a hearing officer to answer to the offenses charged in this notice. B. *Representation:* You may request representation by staff or a qualified inmate from the general population of this facility if you indicate their name below. A failure to list a name below shall be deemed at your hearing as a waiver of your right to representation. C. *Witnesses:* You may request for your hearing any witness who is relevant, material, & non-cumulative that may include staff and/or the reporting staff if you indicate them by name below. A failure to list by name below shall be deemed at your hearing as a waiver of your right to call witnesses.

   Representative: _NONE_ Witness: _NONE_

4. **Appeal:** You may appeal a guilty decision and/or sanction in writing to the warden within 15 calendar days of receipt for the hearing officer's decision.

5. **Service of Notice:** Signature below is only acknowledgement for receipt of notice copy. Refusal to sign is deemed waiver of service obligation by the facility.

   **Waiver of 24 Hour Notice:** ☐ I waive 24 hour notice and request to appear before a hearing officer as soon as possible.

   Inmate's Signature: Roger Terry DOC#: 341-358 Date: 8/15/09

   ☒ Inmate ID verified ☐ Copy given but inmate refused to sign for service ☐ Inmate requested no rep. or witness at service

   Notice Served By: R W Resseger coII _____ R W Ressen coII _____ 8/15/09 0711AM
   *Print Name and Title*          *Signature*          *Date and Time*

**Distribution:**          White Copy—Base File          Yellow Copy—Inmate          Pink Copy—Facility
DC Form 105-4a (Rev. Feb. 07)

**EXHIBIT 8**

000053

## MARYLAND DIVISION OF CORRECTION
## NOTICE OF INMATE RULE VIOLATION AND DISCIPLINARY HEARING

Terry, Roger      341358      WCI      5A48B

**Inmate Name** 08/15/09    0100     **DOC#** 405    **Facility** _____ **Housing:** _____

**Violation: Date:** _____ **Time:** _____ **AM/PM. Recommended charge:** 405

On 08/15/09, I Ofc. M. McLaughlin CO II, was assigned as relief officer performing inmate urinalysis detail. Inmate Roger Terry, 341358, 5A48B, during instructions for urinalysis testing, was observed to be very belligerent and making multiple disrespectful comments to this reporting officer. I notified Inmate Terry he had three hours to submit a urine sample, responding " I'll give you my fucking urine sample when I want to." It is also noted that Inmate Terry smelled of a peculiar sweet odor. Upon submitting a urine sample, Inmate Terry returned to his housing unit at which time a cell search discovered suspected fermented juices.

:

**I solemnly affirm under the penalties of perjury and upon personal knowledge that the facts set forth in the above report are true.**

M. McLaughlin CO II              08/15/09

**Reporting Staff:** *Michael McLoughlin Co II*    *(signature)*
       *Print Name and Title*        *Signature*        *Date*

1. **Supervisory Review:** The above report has been reviewed with the following action taken:

   a. **Action Taken:** ☒ Formal Hearing ☐ Administrative Segregation Assignment ☐ Use of Force ☐ Contraband Disposition ☐ Incident Report

   b. Rule Violation Charged: 405

   c. ☐ **Informal Disposition: Rule Violation:** _____ **Sanction:** _____ **Effective Date:** _____

   d. **Informal Service:** I understand by my signature below that: I waive a hearing by a hearing officer on the offenses charged, this report and informal action will be placed on my OBSCIS & in my facility file records, and where applicable I accept the offer of informal disposition sanction.

   Inmate Signature: _____ Date: _____ Time: _____

   e. **Comments:** *Disrespt of staff merits formal hearing*

   f. **Shift Supervisor:** D. CREEK COL    *(signature)* COL    8-15-09
        *Print Name and Title*      *Signature*      *Date*

2. **Administrative Segregation Assignment Review:** The recommendation has been reviewed and I ☐ **Approve** or ☐ **Disapprove.**

   Shift Commander : _____
        *Print Name and Title*      *Signature*      *Date*

3. **Formal Hearing Service:** A. *Preparation:* You are entitled to 24 hours from the date and time of receipt of this notice before you may appear before a hearing officer to answer to the offenses charged in this notice. B. *Representation:* You may request representation by staff or a qualified inmate from the general population of this facility if you indicate their name below. A failure to list a name below shall be deemed at your hearing as a waiver of your right to representation. C. Witnesses: You may request for your hearing any witness who is relevant, material, & non-cumulative that may include staff and/or the reporting staff if you indicate them by name below. A failure to list by name below shall be deemed at your hearing as a waiver of your right to call witnesses.

   Representative: _____ Witness: _____

4. **Appeal:** You may appeal a guilty decision and/or sanction in writing to the warden within 15 calendar days of receipt for the hearing officer's decision.

5. **Service of Notice:** Signature below is only acknowledgment for receipt of notice copy. Refusal to sign is deemed waiver of service obligation by the facility.

   **Waiver of 24 Hour Notice:** ☐ I waive 24 hour notice and request to appear before a hearing officer as soon as possible.

**X Inmate's Signature:** *Roger Terry*    **X DOC#:** 341-358    **X Date:** 8/15/09

☒ **Inmate ID verified** ☒ **Copy given but inmate refused to sign for service** ☐ **Inmate requested no rep. or witness at service**

**Notice Served By:** *R. Hughes CO II*    *(signature)*    8-15-09   0900 AM
     *Print Name and Title*      *Signature*      *Date and Time*

**Distribution:**      White Copy—Base File      Yellow Copy—Inmate      Pink Copy—Facility
DC Form 105-4a (Rev. Feb. 07)

EXHIBIT 8          000054

**Maryland Division of Correction**
# NOTICE OF INMATE RULE VIOLATION AND DISCIPLINARY HEARING
### (Continuation Sheet)

Inmate Name: Roger, Terry  #: 341-358  Date of Violation: 8.15.2009

In addition to the incident on Page (1) T ofc Worell and ofc Kirk went to pack up Inmate Roger's personal items since he was being placed on administrative Segregation pending Adjustment additional quantities of Fermented Juices was found in a five gallon bucket. Along with the five gallon bucket was a broken 8 inch fan Several expired Prescription medications a Maxwell House Coffee bucket, A Small eye drop bottle Containing black INK and a Red INK Pen. When Inmate Roger was informed that Said Articles Above were being Confiscated he became very disrespectful and Claiming that "we planted the jump in his cell" As he was being escorted to his new Cell he was demanding his property. A Notice of Confiscation was written for The Above mentioned Items And turned in Along with this Adjustment Report.

Inmate's Signature Roger Terry  # 341-358  Date 8/15/09

Notice Served By R W RESSESER  Title CO II  Date 8/15/09  Time 0711 AM
R W Resser

Distrbution: White copy - Base File   Yellow copy - Inmate   Pink copy - Institution ·

DC Form 105-5a (Rev. Nov. 1997)

EXHIBIT 8

000055

# WESTERN CORRECTIONAL INSTITUTION
### Cumberland, Maryland

## INFORMATION REPORT FORM

Date: ___8/15/2009_____

APPROXIMATE TIME _0930am_____

INCIDENT REFERENCE HEADING: ___Testing of Suspected Alcohol_____

INMATE'S NAME, NUMBER, HOUSING ___TERRY, ROGER #341358 5A48B_____

INCIDENT DESCRIPTION (WHO, WHAT, WHERE, WHEN, HOW)? ___On 8/15/09 I officer___
K Keller CO II conducted a test of suspected alcohol that was confiscated from cell
5A48B by officer WORGUL COII.  I used the Alco-Sensor IV which I am certified to use for
testing.  The first test was conducted at 0930 hrs with a positive reading of.216The
confirmation test was conducted at 1030 hrs with a postive reading of .202. Both test
results were well above the calibrated cut off of .036.The alcohol was then properly
disposed of.  This report submitted for your information. The Aico-Sensor printer is not
working for print outs.

_____   ___K Keller COII_____

                                       REPORTING OFFICER

DISPOSITION OF INCIDENT: _____

_____

DISTRIBUTION:

| | | |
|---|---|---|
| ASSISTANT WARDEN _____ | PSYCHOLOGY DEPT. _____ | INMATE'S COPY _____ |
| SECURITY CHIEF _____ | MEDICAL DEPT _____ | 8-4 SHIFT _____ |
| UNIT MANAGER _____ | REPORTING OFFICER _____ | 4-12 SHIFT _____ |
| CASE MANAGER _____ | HEARING OFFICER _____ | 12-8 SHIFT _____ |
| | MAINTENANCE _____ | OTHER _____ |

_P Nxxxx  Cxx_____
SUPERVISOR NAME AND TITLE

EXHIBIT 8                                         000056



**Name:** Terry, Roger    **DOC:** 341358    **Cell:** 5A48B    **DATE** Aug 15 2009

**Photo taken by:** D B Lancaster COII    **Time photo was taken:** Approx 0300 Hours

**Location of incident:** Suspected Fermented Juices Discovered in 5A48.

EXHIBIT 8

000057

## Maryland Division of Correction
## INMATE HEARING RECORD

Name: Roger Terry   DOC# 341358 Violation Date:    8/15/09

Hearing Officer of Record: Ana Maddox
Heard With: N/A

### I: PRELIMINARY MATTERS:

Defendant inmate appearance:   Date: 8/17/2009 Time: 12:51 PM

The hearing officer of record shall document the following for the record:

**1. List any request for inmate representation:** ☒ **Representation waived by inmate.**
☐ **Yes: Name: N/A**

**NOTE: If request is denied for procedural cause, state below why:**
N/A

**2: List any request by name for a witness:** ☒ **Witness(es) waived by inmate.**

**a:** ☐ **Yes: Name: N/A**

**b: List requested witness(es) and state defendant's proffer as to testimony for the witness(es): N/A**

**c: If inmate witness(es) request is denied for procedural cause, state below why: N/A**

**3: State any motions, evidence requests, etc. and hearing officer's decision as to such: N/A**

**4: State any request for postponement and hearing officer's decision as to such: N/A**

EXHIBIT 8                                        000058

Name: Roger Terry   DOC# 341358 Violation Date: 8/15/09

## II. EVIDENTIARY MATTERS:

    **a. Hearing Date**: 8/17/2009

    **b. Name of Facility Representative: Sgt. Slate**

    **c. Defendant Inmate Plea:**

| Rule | Not Guilty | No Plea | Guilty |
|------|------------|---------|--------|
| 301  |            |         | ☒      |
| 302  | ☐          | ☐       | ☐      |
| 305  | ☒          | ☐       | ☐      |
| 405  | ☒          | ☐       | ☐      |
|      | ☐          | ☐       | ☐      |

    **d. Argument by Parties and Testimony of Witnesses:**
       NOTICE OF INMATE RULE VIOLATION  CO J. Worgul
photo printout of containers with juice
Information Report CO K. Keller

INMATE STATEMENTS ---pled guilty to 301 and 302

EXHIBIT 8                                    000059

**Maryland Division of Correction**
**INMATE HEARING RECORD**

Name: Roger Terry   # 341358 Date of Violation: 8/15/09

Hearing Officer of Record: Ana Maddox
Heard With: N/A

### III: HEARING OFFICER DECISION:

| Rule | Guilty | Not Guilty | IR | Dismissed | Informal Disposition Sanction |
|------|--------|-----------|----|-----------|-------------------------------|
| 301  | ☒      | ☐         | ☐  | ☐         | ☐                             |
| 302  | ☒      | ☐         | ☐  | ☐         | ☐                             |
| 305  | ☐      | ☒         | ☐  | ☐         | ☐                             |
| 405  | ☐      | ☒         | ☐  | ☐         | ☐                             |
|      | ☐      | ☐         | ☐  | ☐         | ☐                             |
|      | ☐      | ☐         | ☐  | ☐         | ☐                             |
|      | ☐      | ☐         | ☐  | ☐         | ☐                             |
|      | ☐      | ☐         | ☐  | ☐         | ☐                             |

### IV: HEARING OFFICER WRITTEN FINDINGS:

**A. State all evidence ( list reports, testimony, physical evidence, etc.) weighed and considered at hearing:**  Notice of Inmate Rule Violation, photo printouts, information report, statements of inmate at hearing

**B. Based on evidence above, state fact findings:**
Roger Terry pled guilty to rules 301 and 302.

**C. Based on fact finding above, state your decision:**
Hearing Officer considered Notice of Inmate Rule Violation by CO J. Worgul, photo printout, information report,  as well as statements of Roger Terry.  Terry pled guilty to rules 301 and 302.  Hearing Officer accepts guilty plea.  Hearing Officer finds rules 305 and 405 do not apply and Terry is not guilty of rules 305 and 405.

EXHIBIT 8          000060

Name: Roger Terry   DOC# 341358 Violation Date: 8/15/09

## V. SANCTIONS:

**Matrix Adjustment History: poor Effective Date: 8-15-09**

| Rule | Category | Seg. Days | CR Days | CC/CS | Revoke GCC |
|------|----------|-----------|---------|-------|------------|
| 301 | 3 | 90 | 0 | cc | 0 |
| 302 | 3 | 90 | 0 | cc | 0 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

SEG = Segregation   CR = Cell Restriction CC = Concurrent CS = Consecutive GCC = Good Conduct Credits

☐ Override- State Reasons: none

☐ Other Sanctions: none

Name: Roger Terry   DOC# 341358 Violation Date: 8/15/09

## V. SANCTIONS:

**Matrix Adjustment History: fair Effective Date: 8-15-09**

| Rule | Category | Seg. Days | CR Days | CC/CS | Revoke GCC |
|------|----------|-----------|---------|-------|------------|
| 405  | 4        | 30        | 0       | 0     | 0          |
|      |          |           |         |       |            |
|      |          |           |         |       |            |
|      |          |           |         |       |            |
|      |          |           |         |       |            |
|      |          |           |         |       |            |
|      |          |           |         |       |            |

SEG = Segregation   CR = Cell Restriction CC = Concurrent CS = Consecutive GCC = Good Conduct Credits

☐ Override- State Reasons: none

☐ Other Sanctions: none

EXHIBIT 8                    000062

## VI. RECEIPT OF HEARING RECORD:

Date of Hearing: 8/17/2009

Date of Violation: 8/15/09

Teleconferenced Hearing: N/A

Name and Title of Serving Staff:

_B Coulter_                                    _8·18·09_

                                                         DATE

By signing I hereby acknowledge receipt of the hearing officer's decision:

_Roger Terry 341-358_                          _8/18/09_

Roger Terry   #341358                          DATE

Distribution:   Institution
                   Inmate
                   Report Staff

EXHIBIT 8                                        000063

8

(

Appendix 1 to DCD 105-9

## MARYLAND DIVISION OF CORRECTION

### Hearing Decision Review

infraction 8/15/09

Inmate Name __Roger Terry__ ~~5B10~~ ꞁꞮꞀ __DOC#__341358 __Date of Decision:__ __heard 8/17/09__

__Rule Violation:__ __Guilty rules 301 & 302__

I.  __Review:__  I have reviewed the decision in your case and take the following action:

☑ Decision and sanction(s) affirmed.
☐ Sanction(s) imposed is modified (see Section III).
☐ Decision referred to Commissioner for review.
☐ **The decision is remanded for new hearing due to the following reason:**
    ☐ By my order for clarification of the record (see Section III).
    ☐ By order of the: ☐ Commissioner, ☐ Secretary of DPSCS, or ☐ court (see Sections III and V).

II.  __Reviewing Authority Signature:__

_____  _____  _____
      _Print Name & Title_            _Signature_           _Date_

III.  __Comments:__ _____
_____
_____
_____
_____

IV.  __Service Receipt Record:__ A failure to sign for receipt shall be deemed a waiver of the Facility's service obligation.

   _Inmate Signature:_ _Roger Terry_ _____ __Date:__ _9/17/09_
   ☐ Inmate ID verified at service and inmate refused to sign for service receipt.

                                                      ☐ A.M.
   _Served By:_ _____ Title_Lt_ Date_9-17-09_ Time_1355_ ☐ P.M.

V.  __Remand Hearing:__ Prior to appearance, you are entitled to 24 hours from the date nad time of this notice to prepare for your scheduled hearing. You are permitted to request a qualified (per directive procedures) staff or inmate to represent you or as a witness (including reporting staff) for the purposes of your hearing _if you list them by name below. Failure to request representation or witnesses below at the time of service shall be deemed a waiver of your right for representation or witnesses at the time of your hearing._ You may appeal any guilty finding and/or sanction to the warden within _15 days_ of the date for receipt of the hearing officer's decision.

Representative: _____

Witness: _____

Distribution:  White - Base File      Yellow - Inmate

DC Form 105-9aR (Rev. Feb. 07)

AUGUST 25, 2009  RULE 301

EXHIBIT 8                    000065

$\measuredangle H$

**MARYLAND DIVISION OF CORRECTION**
## NOTICE OF INMATE RULE VIOLATION AND DISCIPLINARY HEARING

$4A11A$

**Inmate Name:** Roger Terry   **DOC#:** 341358   **Facility:** WCI   **Housing:** ~~5A-48~~ $K^n$

**Violation: Date:** 8-25-09 **Time:** 0855 **AM/PM.** **Recommended charge:** 301

Under the provisions of DCD 110-15 and WCI ID 110-11-1, the subject was SPOTCHECK selected from the
~~Reported as:~~ population for urine sampling on 8/15/09 at 0120 The collecting Officer MANNING, using the inmate's ID card for
positive identification, observed the subject giving the sample. Collecting Officer identified the sample with the subject's
name, number, and date of collection. The sample was then placed in the Urine Testing Station at WCI. The primary test was
done on 8/18/09 at 1027 and was conducted by R. Barnes, CO-II using the EMIT II Plus ETOH Assay. The assay tested positive
~~for ETOH. The confirming test was done on 8/25/09 at 0855 and was conducted by Keller COII using the EMIT II Plus ETOH~~
~~Assay. The assay tested positive for ETOH. Both positive assays were conducted by personnel who are qualified to administer~~
~~the above chemical test within the requirements of the American Correctional Association, and the Division of Correction,~~
~~State of Maryland.~~

**I solemnly affirm under the penalties of perjury and upon personal knowledge that the facts set forth in the above report are
true.**

**Reporting Staff:** KELLER COII _____ _KKeller COII_ ___ 8/25/09
                    *Print Name and Title*        *Signature*          *Date*

1. **Supervisory Review:** The above report has been reviewed with the following action taken:
   a. **Action Taken:** ☑ Formal Hearing ☑ Administrative Segregation Assignment ☐ Use of Force ☐ Contraband Disposition ☐ Incident Report
   b. **Rule Violation Charged:** CAT III # 301
   c. ☐ **Informal Disposition: Rule Violation:** _____ **Sanction:** _____ **Effective Date:** _____
   d. **Informal Service:** I understand by my signature below that: I waive a hearing by a hearing officer on the offenses charged, this report and informal action
      will be placed on my OBSCIS & in my facility file records, and where applicable I accept the offer of informal disposition sanction.

      Inmate Signature: _____ Date: _____ Time: _____
   e. **Comments:** REFER TO FORMAL HEARING
   f. **Shift Supervisor:** P NAJAIR C-II _____ _P Naj..._ ___ 8-25-09
                           *Print Name and Title*        *Signature*          *Date*

2. **Administrative Segregation Assignment Review:** The recommendation has been reviewed and I ☑ Approve or ☐ Disapprove.
   Shift Commander: B.F. Mangus CCC _____ _BM_ ___ 8/25/09
                   *Print Name and Title*        *Signature*          *Date*

3. **Formal Hearing Service:** A. *Preparation:* You are entitled to 24 hours from the date and time of receipt of this notice before you may appear before a
   hearing officer to answer to the offenses charged in this notice. B. *Representation:* You may request representation by staff or a qualified inmate from the
   general population of this facility if you indicate their name below. A failure to list a name below shall be deemed at your hearing as a waiver of your right to
   representation. C. *Witnesses:* You may request for your hearing any witness who is relevant, material, & non-cumulative that may include staff and/or the
   reporting staff if you indicate them by name below. A failure to list by name below shall be deemed at your hearing as a waiver of your right to call witnesses.

   Representative: _____ Witness: _____
4. **Appeal:** You may appeal a guilty decision and/or sanction in writing to the warden within 15 calendar days of receipt for the hearing officer's decision.
5. **Service of Notice:** Signature below is only acknowledgment for receipt of notice copy. Refusal to sign is deemed waiver of service obligation by the facility.

   **Waiver of 24 Hour Notice:** ☐ I waive 24 hour notice and request to appear before a hearing officer as soon as possible.

   Inmate's Signature: _Roger Terry_ __ DOC#: 341-358 __ Date: 8/25/09

☒ Inmate ID verified  ☐ Copy given but inmate refused to sign for service  ☐ Inmate requested no rep. or witness at service

Notice Served By: S. Shockey COII _____ _S. Sh... COII_ ___ 8-25-09 1003
                 *Print Name and Title*        *Signature*          *Date and Time*

**Distribution:**        White Copy—Base File        Yellow Copy—Inmate        Pink Copy—Facility
DC Form 105-4a (Rev. Feb. 07)

EXHIBIT 8                                                000066

# REQUEST FOR URINALYSIS TEST

INMATE ___ROGER___ ___TERRY___ NUMBER: ___341358___
Print Name

INSTITUTION: ___WCI___ ___HU5-A-048-B___

Request made by ___Sgt Raley___ Date ___8/14/2009___
Print Name

Circumstances Leading to Request ___Spot/Suspious behavior___

_____

_____

Request That Specimen be Tested for ___ALL CDS___

_____

Request Approved by _R CREEK COL_ _Dheeep col_ Date _8-15-09_
Sign Name

I, ___R. manning___ hereby certify that the following is true and correct:
Print Name

The above named inmate, whose identity was verified by (check one) ___✓___ I.D. Card _____Escort Card, was told that he/she is being ordered to submit a urine specimen on the following basis: (check one)___✓___Spot check; _____Routine; _____Random.

The above-named inmate was asked if he/she had taken any medication in the past 30 days and he/she replied (check one) ___✓___that he/she has not _____that he/she has. If he/shee has, complete DC Form 110-15-eR, Appendix 5

The above-named inmate (check one) _____refused to submit a urine specimen: ___✓___submitted a urine specimen in my presence in a specimen container labled with the name of the institution/facility, name and commitment number of the inmate, date of collection, the name of the collecting officer and thereafter the inmate handed the specimen container to me. I thereafter sealed the specimen container with evidence tape, and maintained exclusive possession and control of the bottle until I transferred it from my possession and control as indicated below:

___8/15/09___ ___R. manning___ ___R T 346-358___
Date SIGNATURE INMATES INITIALS

## CHAIN-OF-CUSTODY OF SPECIMEN

| From above-named inmate | To: _manning_ | Date _8/15/09_ | Time _0120_ |
| From _manning_ | To: _Emit Box 1_ | Date _8/15/09_ | Time _0121_ |
| From _Emit Box 1_ | To: _Emit lab Ref_ | Date _8/15/09_ | Time _0125_ |
| From _Emit lab Ref_ | To: _R Barnes_ | Date _8-18-09_ | Time _0700_ |
| From _R Barnes_ | To: _Emit lab Ref_ | Date _5-18-09_ | Time _1045_ |
| From _Emit lab Ref_ | To: _K Keller_ | Date _8-25-09_ | Time _0700_ |
| From _K Keller_ | To: _Emit lab Ref_ | Date _8-25-09_ | Time _0930_ |

#Name?

EXHIBIT 8                    000067

# CALIBRATION REPORT

Test name:              +Ethyl Alcohol
Calibrator name:        ETOH Cal
Mode:                   Kinetic
Calibration type:       Two point
Calibration accepted:   Yes
Measurement date:       08/17/2009 07:26:04

| Conc. (mg/dl) | Reported (dAbs/m) | Replicates (dAbs/m) |
|---|---|---|
| 0.000 | 0.001 | 0.001 |
| 100.000 | 0.068 | 0.068 |



EXHIBIT 8                                      000068

# DIVISION OF CORRECTION
## URINALYSIS TEST PROCEDURE

### (TO BE COMPLETED ONLY FOR A POSITIVE TEST RESULT)

Inmate Name __Roger Terry__    Number __341358__    Specimen Date __8-15-09__
Print Name

## PRELIMINARY PROCEDURES:

Time reagents, controls, calibrators, urine specimens (if applicable)

removed from refrigerator __0700__    Room temperature __N/A__

Time photometer turned on __N/A__

Specify reagent to be used __ETOH__    Reagent expiration date __5-31-2010__

Calibrator expiration date __12-31-09__    **Control expiration date __8-31-2010__

**Time of Positive Control Test __N/A__

**Positive Control Response at least 20 units > Calibrator? Yes ___ No ___ N/A __✓__

**Time of Negative Control Test __N/A__

**Negative Control Response at least 20 units < Calibrator? Yes ___ No ___ N/A __✓__

**Control Response within Range Printed on Package? Yes ___ No ___ N/A __✓__

## TESTING OF SPECIMEN:

Evidence tape intact until broken by Technician?    Yes __✓__ No ___

Time of Test __1027__    Assay __ETOH__

Technician Name __R Barnes__    Result __Pos__

Technician Training ─Syva/Behring Diagnostics,American Correction Association

** If not applicable to your machine, please indicate "N/A".

-------------------------------------------------------------

### I CERTIFY THAT THE ABOVE IS TRUE AND CORRECT

__8-18-09__                    __R Barnes COII__
Date                              Test Operator Signature

DC Form 110-15bR (Rev. 11/06)

EXHIBIT 8                                    000069

Printed on 8/18/09
   at 10:43AM
   by rb

**Western Correctional Institution**
13800 McMullen Hwy
Cumberland, MD 21502

Agency:         Western Correctional Inst

Accession: 16078
Donor ID:   341358             Requesting Party:
Name:      TERRY, ROGER      Date Collected:   8/15/09
Control #:                     Time Collected:   0120
Test Date:   8/18/09    Collector: MANNING    Collected by:
Test Time:   10:27      Tester: BARNES     Created by:     rb

| Test | Result | Flag | Reference Range | |
|------|--------|------|-----------------|---|
| AMPHETAMINE | 0.324 | Negative | Cutoff: | 1000 |
| BARBITURATE | 0.224 | Negative | Cutoff: | 200 |
| BENZODIAZEPINE | 0.276 | Negative | | |
| THC50 | 0.272 | Negative | Cutoff: | 50 |
| COCN | 0.283 | Negative | Cutoff: | 300 |
| ETOH | **56** | **POSITIVE** | Cutoff: | 20 mg/dL |
| OPIA | 0.203 | Negative | Cutoff: | 300 |
| PCP | 0.297 | Negative | Cutoff: | 25 |

Testing Officer: _R Barns_____

## DIVISION OF CORRECTION
## URINALYSIS TEST PROCEDURE

### (TO BE COMPLETED ONLY FOR A POSITIVE TEST RESULT)

Inmate Name  Roger Terry          Number 341358      Specimen Date 8-15-09
       Print Name

### PRELIMINARY PROCEDURES:

Time reagents, controls, calibrators, urine specimens (if applicable)

removed from refrigerator  0700   Room temperature   N/A

Time photometer turned on   N/A

Specify reagent to be used  ETOH    Reagent expiration date  5-31-2010

Calibrator expiration date  12-31-09   **Control expiration date 8-31-2010

**Time of Positive Control Test _____ N/A _____

**Positive Control Response at least 20 units > Calibrator? Yes ___ No ___ N/A ✓

**Time of Negative Control Test _____ N/A _____

**Negative Control Response at least 20 units < Calibrator? Yes ___ No ___ N/A ✓

**Control Response within Range Printed on Package?  Yes ___ No ___ N/A ✓

### TESTING OF SPECIMEN:

Evidence tape intact until broken by Technician?   Yes ✓ No ___

Time of Test  0855          Assay  ETOH

Technician Name  K. Keller        Result  Positive

Technician Training ▭Syva/Behring Diagnostics,American Correction Association

** If not applicable to your machine, please indicate "N/A".

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - -

### I CERTIFY THAT THE ABOVE IS TRUE AND CORRECT

8-25-09                          K. Keller COFF
Date                             Test Operator Signature

EXHIBIT 8                                    000071

Printed on 8/25/09
   at 8:55AM
   by rb

**Western Correctional Institution**
13800 McMullen Hwy
Cumberland, MD 21502

Agency: Western Correctional Inst

Accession: 16169
Donor ID: 341358                          Requesting Party:
Name:     TERRY, ROGER                     Date Collected: 8/15/09
Control #:                                 Time Collected: 0120
Test Date: 8/25/09    Collector: MANNING   Collected by:
Test Time: 8:55       Tester: KELLER       Created by: rb

| Test | Result | Flag | Reference Range |
|------|--------|------|-----------------|
| ETOH | 59 | **POSITIVE** | Cutoff: 20 mg/dL |

Testing Officer: _____

**FINAL REPORT**

EXHIBIT 8

## Maryland Division of Correction
## INMATE HEARING RECORD

Name: Roger Terry  DOC# 341358 Violation Date:     8/25/09

Hearing Officer of Record: D. Sipes
Heard With: N/A

### I: PRELIMINARY MATTERS:

Defendant inmate appearance:   Date: 8/31/2009 Time: 9:30 AM

The hearing officer of record shall document the following for the record:

**1. List any request for inmate representation:** ☒ **Representation waived by inmate.**
☐ **Yes: Name:**

NOTE: If request is denied for procedural cause, state below why:

**2: List any request by name for a witness:** ☒  **Witness(es) waived by inmate.**

**a:** ☐ **Yes: Name:**

**b: List requested witness(es) and state defendant's proffer as to testimony for the witness(es):**

**c: If inmate witness(es) request is denied for procedural cause, state below why:**

**3: State any motions, evidence requests, etc. and hearing officer's decision as to such:**

**4: State any request for postponement and hearing officer's decision as to such:**

DC form 105-7b (Rev. Feb. 07)                                    Page 1 of 7

EXHIBIT 8                                    000073

Name: Roger Terry  DOC# 341358 Violation Date: 8/25/09

## II. EVIDENTIARY MATTERS:

**a. Hearing Date**: 8/31/2009

**b. Name of Facility Representative**: CO Buss

**c. Defendant Inmate Plea:**

| Rule | Not Guilty | No Plea | Guilty |
|------|-----------|---------|--------|
| 301  | ☐ | ☐ | ☒ |
|      | ☐ | ☐ | ☐ |
|      | ☐ | ☐ | ☐ |
|      | ☐ | ☐ | ☐ |
|      | ☐ | ☐ | ☐ |

**d. Argument by Parties and Testimony of Witnesses:**
Inmate plead guilty to rule 301   in a plea agreement with the institution for 90 days of seg.

EXHIBIT 8    000074

**Maryland Division of Correction**
**INMATE HEARING RECORD**

Name: Roger Terry  # 341358 Date of Violation: 8/25/09

Hearing Officer of Record: D. Sipes
Heard With: N/A

### III: HEARING OFFICER DECISION:

| Rule | Guilty | Not Guilty | IR | Dismissed | Informal Disposition Sanction |
|------|--------|-----------|----|-----------|-------------------------------|
| 301  | ☒      | ☐         | ☐  | ☐         | ☐                             |
|      | ☐      | ☐         | ☐  | ☐         | ☐                             |
|      | ☐      | ☐         | ☐  | ☐         | ☐                             |
|      | ☐      | ☐         | ☐  | ☐         | ☐                             |
|      | ☐      | ☐         | ☐  | ☐         | ☐                             |
|      | ☐      | ☐         | ☐  | ☐         | ☐                             |
|      | ☐      | ☐         | ☐  | ☐         | ☐                             |

### IV: HEARING OFFICER WRITTEN FINDINGS:

**A. State all evidence ( list reports, testimony, physical evidence, etc.)
weighed and considered at hearing:** K. Keller CO II, Request for
Urinalysis, Calibration Report, Urinalysis Test procedure, Final Report,
confirmation Test Procedure, Final Report, testimony of inmate

**B. Based on evidence above, state fact findings:**

**C. Based on fact finding above, state your decision:**
Inmate plead guilty to rule 301  in a plea agreement with the institution
for 90   days of seg.  HO accepts plea and agreement.  HO finds the report credible
and reliable. The evidence supports the plea.

EXHIBIT 8                              000075

Name: Roger Terry  DOC# 341358 Violation Date: 8/25/09

### V. SANCTIONS:

**Matrix Adjustment History: poor Effective Date: 8/25/09**

| Rule | Category | Seg. Days | CR Days | CC/CS | Revoke GCC |
|------|----------|-----------|---------|-------|------------|
| 301  | III      | 90        | XXX     | XXX   | XXX        |
|      |          |           |         |       |            |
|      |          |           |         |       |            |
|      |          |           |         |       |            |
|      |          |           |         |       |            |
|      |          |           |         |       |            |
|      |          |           |         |       |            |

SEG = Segregation   CR = Cell Restriction CC = Concurrent CS = Consecutive GCC = Good Conduct Credits

☐ Override- State Reasons:

☐ Other Sanctions:

EXHIBIT 8                    000076

## VI. RECEIPT OF HEARING RECORD:

**Date of Hearing: 8/31/2009**

**Date of Violation: 8/25/09**

**Teleconferenced Hearing: N/A**

**Name and Title of Serving Staff:**

_8-31-09_

DATE

By signing I hereby acknowledge receipt of the hearing officer's decision:

Roger Terry #341358                    _8/31/09_

DATE

Distribution:    Institution
                 Inmate
                 Report Staff

EXHIBIT 8                              000077



Appendix 1 to DCD 105-9

## MARYLAND DIVISION OF CORRECTION

### Hearing Decision Review

infraction 8/25/09

Inmate Name _Roger Terry (4A11)_ DOC# _341358_ Date of Decision: _heard 8/31/09_

Rule Violation: _Guilty rule 301_

I. **Review:** I have reviewed the decision in your case and take the following action:

☑ Decision and sanction(s) affirmed.
☐ Sanction(s) imposed is modified (see Section III).
☐ Decision referred to Commissioner for review.
☐ **The decision is remanded for new hearing due to the following reason:**
  ☐ By my order for clarification of the record (see Section III).
  ☐ By order of the: ☐ Commissioner, ☐ Secretary of DPSCS, or ☐ court (see Sections III and V).

II. **Reviewing Authority Signature:**

_Harry Murphy_ _Acting warden_ _9-17-09_
Print Name & Title            Signature            Date

III. **Comments:** _____

_____

_____

_____

IV. **Service Receipt Record:** A failure to sign for receipt shall be deemed a waiver of the Facility's service obligation.

_Inmate Signature:_ _Roger Terry_ Date: _9/29/09_
☐ Inmate ID verified at service and inmate refused to sign for service receipt.

☐ A.M.
Served By: _____ Title ____ Date _9-28-09_ Time _4:40_ ☑ P.M.

V. **Remand Hearing:** Prior to appearance, you are entitled to 24 hours from the date nad time of this notice to prepare for your scheduled hearing. You are permitted to request a qualified (per directive procedures) staff or inmate to represent you or as a witness (including reporting staff) for the purposes of your hearing if you list them by name below. Failure to request representation or witnesses below at the time of service shall be deemed a waiver of your right for representation or witnesses at the time of your hearing. You may appeal any guilty finding and/or sanction to the warden within 15 days of the date for receipt of the hearing officer's decision.

Representative: _____

Witness: _____

Distribution: White - Base File        Yellow - Inmate

DC Form 105-9aR (Rev. Feb. 07)

EXHIBIT 8                                         000078

JANUARY 15, 2009 RULE 112

EXHIBIT 8

8

*41339*

# MARYLAND DIVISION OF CORRECTION

## Hearing Decision Review

**Inmate Name** Roger Terry 4B39B    **DOC#** 341358   **Date of Decision:** infraction 1/15/10   heard 1/19/10

**Rule Violation:** Guilty rule 112

**I.**   **Review:**   I have reviewed the decision in your case and take the following action:

   ☑ Decision and sanction(s) affirmed.
   ☐ Sanction(s) imposed is modified (see Section III).
   ☐ Decision referred to Commissioner for review.
   ☐ **The decision is remanded for new hearing due to the following reason:**
     ☐ By my order for clarification of the record (see Section III).
     ☐ By order of the: ☐ Commissioner, ☐ Secretary of DPSCS, or ☐ court (see Sections III and V).

**II.**   **Reviewing Authority Signature:**

Happy Murphy Acting Warden        2-17-10

   **Print Name & Title**      **Signature**      **Date**

**III.**   **Comments:** _____

_____

_____

_____

_____

**IV.**   **Service Receipt Record:** A failure to sign for receipt shall be deemed a waiver of the Facility's service obligation.

   **Inmate Signature:** _Roger Terry_      **Date:** 2-23-2010
   ☐ Inmate ID verified at service and inmate refused to sign for service receipt.

   **Served By:** _I Blamble_    **Title** CMO **Date** 2/23/10 **Time** 1250 ☐ A.M. ☑ P.M.

**V.**   **Remand Hearing:** Prior to appearance, you are entitled to 24 hours from the date nad time of this notice to prepare for your scheduled hearing. You are permitted to request a qualified (per directive procedures) staff or inmate to represent you or as a witness (including reporting staff) for the purposes of your hearing if you list them by name below. Failure to request representation or witnesses below at the time of service shall be deemed a waiver of your right for representation or witnesses at the time of your hearing. You may appeal any guilty finding and/or sanction to the warden within 15 days olthe date for receipt of the hearing officer's decision.

   Representative: _____

   Witness: _____

Distribution:   White - Base File      Yellow - Inmate

DC Form 105-9aR (Rev. Feb. 07)

EXHIBIT 8      000080



Ｙ Ａ Ｓ    4-13-39B

### MARYLAND DIVISION OF CORRECTION
## NOTICE OF INMATE RULE VIOLATION AND DISCIPLINARY HEARING

**Inmate Name:** Roger Terry    **DOC#:** 341358    **Facility:** WCI    **Housing:** SD-44B

**Violation: Date** 1-15-10 **Time:** 0743 (AM)/PM. **Recommended charge:** 112

Under the provisions of DCD 110-15 and WCI ID 110-11-1, the subject was **SPOTCHECK** selected from the Reporting the population for urine sampling on 1/13/10 at 0107 by the collecting Officer Robinson, using the inmate's ID card for positive identification, observed the subject giving the sample. Collecting Officer identified the sample with the subject's name, number, and date of collection. The sample was then placed in the Urine Testing Station at WCI. The primary test was done on 1/14/10 at 1048 and was conducted by R. Barnes, CO-II using the EMIT II Plus **OPIATE** Assay. The assay tested positive for **OPIATE**. The confirming test was done on 1/15/10 at 0743 and was conducted by R Barnes COII using the EMIT II Plus **OPIATE** Assay. The assay tested positive for **OPIATE**. Both positive assays were conducted by personnel who are qualified to administer the above chemical test within the requirements of the American Correctional Association, and the Division of Correction, State of Maryland.

I solemnly affirm under the penalties of perjury and upon personal knowledge that the facts set forth in the above report are true.

**Reporting Staff:** _____ **R. Barnes, CO-II** _____ _R Barnes_ _____ 1/15/10

         *Print Name and Title*          *Signature*          *Date*

---

1. **Supervisory Review:** The above report has been reviewed with the following action taken:

a. **Action Taken:** ☑Formal Hearing ☑Administrative Segregation Assignment ☐ Use of Force ☐ Contraband Disposition ☐ Incident Report

b. Rule Violation Charged: _112_

c. ☐ **Informal Disposition: Rule Violation:** _____ **Sanction:** _____ **Effective Date:** _____

d. **Informal Service:** I understand by my signature below that: I waive a hearing by a hearing officer on the offenses charged, this report and informal action will be placed on my OBSCIS & in my facility file records, and where applicable I accept the offer of informal disposition sanction.

Inmate Signature: _____ Date: _____ Time: _____

e. **Comments:** _Charge: Warrant Formal Hearing, Inmate Placed ON A.S.P.A._

f. **Shift Supervisor:** _J. Frazier COL_ _____ _COL_ _1-15-10_

         *Print Name and Title*          *Signature*          *Date*

2. **Administrative Segregation Assignment Review:** The recommendation has been reviewed and I ☑Approve or ☐ **Disapprove.**

Shift Commander: _B. E. Mangus COC_ _____ _B M_ _1/16/10_

         *Print Name and Title*          *Signature*          *Date*

---

3. **Formal Hearing Service:** A. *Preparation*: You are entitled to 24 hours from the date and time of receipt of this notice before you may appear before a hearing officer to answer to the offenses charged in this notice. B. *Representation*: You may request representation by staff or a qualified inmate from the general population of this facility if you indicate them by name below. A failure to list a name below shall be deemed at your hearing as a waiver of your right to representation. C. *Witnesses*: You may request for your hearing any witness who is relevant, material, & non-cumulative that may include staff and/or the reporting staff if you indicate them by name below. A failure to list by name below shall be deemed at your hearing as a waiver of your right to call witnesses.

Representative: _Felix Fitzgerald_    Witness: _____

4. **Appeal:** You may appeal a guilty decision and/or sanction in writing to the warden within 15 calendar days of receipt for the hearing officer's decision.

5. **Service of Notice:** Signature below is only acknowledgment for receipt of notice copy. Refusal to sign is deemed waiver of service obligation by the facility.

**Waiver of 24 Hour Notice:** ☐ I waive 24 hour notice and request to appear before a hearing officer as soon as possible.

Inmate's Signature: _Roger Terry_ _____ **DOC #:** 341-358 _____ **Date:** 1-15-2010

☒ **Inmate ID verified** ☐ **Copy given but inmate refused to sign for service** ☐ **Inmate requested no rep. or witness at service**

**Notice Served By:** _G. Wilson CoII_ _____ _G W_ _1-15-10 1355_

         *Print Name and Title*          *Signature*          *Date and Time*

---

**Distribution:**    White Copy—Base File      Yellow Copy—Inmate      Pink Copy—Facility

DC Form 105-4a (Rev. Feb. 07)

EXHIBIT 8        000081

# REQUEST FOR URINALYSIS TEST

INMATE _____ ROGER    TERRY _____    NUMBER: _____ 341358 _____
                        Print Name

INSTITUTION: ___ WCI ___ HU5-D-044-B ___

Request made by _____ BURKETT _____    Date _____ 1/12/2010 _____
                              Print Name

Circumstances Leading to Request _____ Spot/Suspious behavior _____

_____

Request That Specimen be Tested for    **ALL CDS** _____

Request Approved by _D Creek COL_ _Dreck COL_    Date _1-13-10_
                        Sign Name

I, _RoBinson_ hereby certify that the following is true and correct:
       Print Name

The above named inmate, whose identity was verified by (check one) ___✓I.D. Card ___Escort Card, was told that he/she is being ordered to submit a urine specimen on the following basis: (check one)___✓Spot check; _____Routine; _____Random.

The above-named inmate was asked if he/she had taken any medication in the past 30 days and he/she replied (check one) ___✓that he/she has not _____that he/she has. If he/shee has, complete DC Form 110-15-eR, Appendix 5

The above-named inmate (check one) ___refused to submit a urine specimen: ___✓submitted a urine specimen in my presence in a specimen container labled with the name of the institution/facility, name and commitment number of the inmate, date of collection, the name of the collecting officer and thereafter the inmate handed the specimen container to me. I thereafter sealed the specimen container with evidence tape, and maintained exclusive possession and control of the bottle until I transferred it from my possession and control as indicated below:

_1-13-10_                    _Robi_                    _R.T  341-358_
  Date                    SIGNATURE                  INMATES INITIALS

## CHAIN-OF-CUSTODY OF SPECIMEN

| From above-named inmate | To: _Robi_ | Date _1-13-10_ | Time _0107_ |
| From _Robi_ | To: _Emit Box 1_ | Date " | Time _0108_ |
| From _Emit Box 1_ | To: _Emit lab. relig_ | Date " | Time _0135_ |
| From _Emit lab Ref_ | To: _R Barnes_ | Date _1-14-10_ | Time _0800_ |
| From _R Barnes_ | To: _Emit lab Ref_ | Date _1-14-10_ | Time _1115_ |
| From _Emit lab Ref_ | To: _R Barnes_ | Date _1-15-10_ | Time _0700_ |
| From _R Barnes_ | To: _Emit lab Ref_ | Date _1-15-10_ | Time _0810_ |

#Name?

EXHIBIT 8                                                000082

**V Twin Current Calibrations**

| Date | Assay | Rate 1 | Rate 2 | Avg Rate | Dup Dif | Dup Dif Ref |
|------|-------|--------|--------|----------|---------|-------------|
| 1/11/10 | AMPH | 0.492 | 0.490 | 0.491 | 0.002 | 0.015 |
| 1/11/10 | BARB | 0.300 | 0.301 | 0.301 | 0.001 | 0.015 |
| 1/11/10 | BENZ | 0.361 | 0.363 | 0.362 | 0.002 | 0.015 |
| 1/11/10 | C50 | 0.312 | 0.313 | 0.313 | 0.001 | 0.015 |
| 1/11/10 | COCN | 0.382 | 0.380 | 0.381 | 0.002 | 0.015 |
| | ETOH | Not Used | Not Used | Not Used | Not Used | |
| 1/11/10 | OPIA | 0.259 | 0.260 | 0.26 | 0.001 | 0.015 |
| 1/11/10 | PCP | 0.417 | 0.415 | 0.416 | 0.002 | 0.015 |

EXHIBIT 8

000083

## DIVISION OF CORRECTION
## URINALYSIS TEST PROCEDURE

### (TO BE COMPLETED ONLY FOR A POSITIVE TEST RESULT)

Inmate Name __Roger Terry__    Number __341358__    Specimen Date __1-13-10__
         Print Name

### PRELIMINARY PROCEDURES:

Time reagents, controls, calibrators, urine specimens (if applicable)

removed from refrigerator __0800__    Room temperature __N/A__

Time photometer turned on __N/A__

Specify reagent to be used __Opiate__    Reagent expiration date __12-31-2010__

Calibrator expiration date __3-31-2010__    **Control expiration date __3-31-2010__

**Time of Positive Control Test __N/A__

**Positive Control Response at least 20 units > Calibrator? Yes ___ No ___ N/A ✓

**Time of Negative Control Test __N/A__

**Negative Control Response at least 20 units < Calibrator? Yes ___ No ___ N/A ✓

**Control Response within Range Printed on Package? Yes ___ No ___ N/A ✓

### TESTING OF SPECIMEN:

Evidence tape intact until broken by Technician?    Yes ✓ No ___

Time of Test __1048__    Assay __Opiate__

Technician Name __R.Barnes__    Result __Pos__

Technician Training __Syva/Behring Diagnostics,American Correction Association__

** If not applicable to your machine, please indicate "N/A".

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### I CERTIFY THAT THE ABOVE IS TRUE AND CORRECT

__1-14-10__    __R Barnes__
Date                    Test Operator Signature

DC Form 110-15bR (Rev. 11/06)

EXHIBIT 8                    000084

Printed on 1/14/10
at 11:05AM
by rb

**Western Correctional Institution**
13800 McMullen Hwy
Cumberland, MD 21502

Accession: 18122
Donor ID: 341358
Name: TERRY, ROGER
Control #:
Test Date: 1/14/10     Collector: ROBINSON
Test Time: 10:48       Tester: BARNES

Agency:           Western Correctional Inst
Requesting Party:
Date Collected:   1/13/10
Time Collected:   0107
Collected by:
Created by:       rb

| Test | Result | Flag | | Reference Range |
|------|--------|------|---|-----------------|
| AMPHETAMINE | 0.327 | Negative | Cutoff: | 1000 |
| BARBITURATE | 0.279 | Negative | Cutoff: | 200 |
| BENZODIAZEPINE | 0.281 | Negative | | |
| THC50 | 0.272 | Negative | Cutoff: | 50 |
| COCN | 0.297 | Negative | Cutoff: | 300 |
| ETOH | 0 | Negative | Cutoff: | 20 mg/dL |
| OPIA | **0.265** | **POSITIVE** | Cutoff: | 300 |
| PCP | 0.319 | Negative | Cutoff: | 25 |

Testing Officer: _R Barnes_____

## DIVISION OF CORRECTION
## URINALYSIS TEST PROCEDURE

### (TO BE COMPLETED ONLY FOR A POSITIVE TEST RESULT)

Inmate Name __Roger Terry__  Number __341358__  Specimen Date __1-13-10__
Print Name

### PRELIMINARY PROCEDURES:

Time reagents, controls, calibrators, urine specimens (if applicable)
removed from refrigerator __0700__  Room temperature __N/A__
Time photometer turned on __N/A__
Specify reagent to be used __Opiate__  Reagent expiration date __12-31-2010__
Calibrator expiration date __3-31-2010__  **Control expiration date __3-31-2010__

**Time of Positive Control Test __N/A__
**Positive Control Response at least 20 units > Calibrator? Yes ___ No ___ N/A __✓__
**Time of Negative Control Test __N/A__
**Negative Control Response at least 20 units < Calibrator? Yes ___ No ___ N/A __✓__
**Control Response within Range Printed on Package? Yes ___ No ___ N/A ___

### TESTING OF SPECIMEN:

Evidence tape intact until broken by Technician? Yes __✓__ No ___
Time of Test __0743__  Assay __Opiate__
Technician Name __R Barnes__  Result __Pos__
Technician Training ―Syva/Behring Diagnostics,American Correction Association

** If not applicable to your machine, please indicate "N/A".

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - -

### I CERTIFY THAT THE ABOVE IS TRUE AND CORRECT

__1-15-10__                          __R Barnes__
Date                          Test Operator Signature

DC Form 110-15bR (Rev. 11/06)

EXHIBIT 8                          000086

Printed on   1/15/10
         at   7:43AM
         by   rb

**Western Correctional Institution**
13800 McMullen Hwy
Cumberland, MD 21502

Agency:              Western Correctional Inst

Accession:  18150
Donor ID:    341358                          Requesting Party:
Name:        TERRY, ROGER                    Date Collected:    1/13/10
Control #:                                   Time Collected:    0107
Test Date:   1/15/10     Collector: ROBINSON  Collected by:
Test Time:   7:43         Tester: BARNES      Created by:         rb

| Test | Result | Flag | Reference Range |
| --- | --- | --- | --- |
| OPIA | 0.266 | **POSITIVE** | Cutoff:   300 |

Testing Officer:   R Barnes

## Maryland Division of Correction
## INMATE HEARING RECORD

Name: Roger Terry  DOC# 341358 Violation Date:     1/15/10

Hearing Officer of Record: Jon Sandstrom
Heard With: N/A

### I: PRELIMINARY MATTERS:

Defendant inmate appearance:   Date: 1/19/2010 Time: 10:22 AM

The hearing officer of record shall document the following for the record:

**1. List any request for inmate representation:** ☒ **Representation waived by inmate.**
☐ **Yes: Name:** elected to represent himself

NOTE: If request is denied for procedural cause, state below why:

**2: List any request by name for a witness:** ☒   Witness(es) waived by inmate.

a: ☐ **Yes: Name:**

**b: List requested witness(es) and state defendant's proffer as to testimony for the witness(es):**

**c: If inmate witness(es) request is denied for procedural cause, state below why:**

**3: State any motions, evidence requests, etc. and hearing officer's decision as to such:**

**4: State any request for postponement and hearing officer's decision as to such:**

EXHIBIT 8                                          000088

Name: Roger Terry  DOC# 341358 Violation Date: 1/15/10

## II. EVIDENTIARY MATTERS:

    **a. Hearing Date**: 1/19/2010

    **b. Name of Facility Representative: Sgt. Slate**

    **c. Defendant Inmate Plea:**

| Rule | Not Guilty | No Plea | Guilty |
|------|-----------|---------|--------|
| 112  | ☐ | ☐ | ☒ |
|      | ☐ | ☐ | ☐ |
|      | ☐ | ☐ | ☐ |
|      | ☐ | ☐ | ☐ |
|      | ☐ | ☐ | ☐ |

    **d. Argument by Parties and Testimony of Witnesses:**

EXHIBIT 8                    000089

**Maryland Division of Correction**
**INMATE HEARING RECORD**

Name: Roger Terry  # 341358 Date of Violation: 1/15/10

Hearing Officer of Record: Jon Sandstrom
Heard With: N/A

### III: HEARING OFFICER DECISION:

| Rule | Guilty | Not Guilty | IR | Dismissed | Informal Disposition Sanction |
|------|--------|-----------|-----|-----------|-------------------------------|
| 112  | ☒      | ☐         | ☐   | ☐         | ☐                             |
|      | ☐      | ☐         | ☐   | ☐         | ☐                             |
|      | ☐      | ☐         | ☐   | ☐         | ☐                             |
|      | ☐      | ☐         | ☐   | ☐         | ☐                             |
|      | ☐      | ☐         | ☐   | ☐         | ☐                             |
|      | ☐      | ☐         | ☐   | ☐         | ☐                             |
|      | ☐      | ☐         | ☐   | ☐         | ☐                             |

### IV: HEARING OFFICER WRITTEN FINDINGS:

**A. State all evidence ( list reports, testimony, physical evidence, etc.) weighed and considered at hearing:** notice of violation:C/O Barnes; paperwork associated with DCD110-15 and machine printout

**B. Based on evidence above, state fact findings:**

**C. Based on fact finding above, state your decision:**
H/O accepts above evidence and inmate's guilty plea.

EXHIBIT 8                                        000090

Name: Roger Terry  DOC# 341358 Violation Date: 1/15/10

## V. SANCTIONS:

**Matrix Adjustment History: poor Effective Date: 1/15/10**

| Rule | Category | Seg. Days | CR Days | CC/CS | Revoke GCC |
|------|----------|-----------|---------|-------|------------|
| 112  | I        | 150       | XXX     |       | XXX        |
|      |          |           |         |       |            |
|      |          |           |         |       |            |
|      |          |           |         |       |            |
|      |          |           |         |       |            |
|      |          |           |         |       |            |
|      |          |           |         |       |            |

SEG = Segregation   CR = Cell Restriction CC = Concurrent CS = Consecutive GCC = Good Conduct Credits

☒ Override- State Reasons: mandatory override DCD105-8, rule 102, 12/08

☒ Other Sanctions: suspend visits for six (6) months from 1/19/2010

EXHIBIT 8                                    000091

## VI. RECEIPT OF HEARING RECORD:

**Date of Hearing: 1/19/2010**

**Date of Violation: 1/15/10**

**Teleconferenced Hearing: yes**

**Name and Title of Serving Staff:**

_B/ambh_ _1/19/10_
DATE

By signing I hereby acknowledge receipt of the hearing officer's decision:

_Roger Terry   341-358_                      _1-19-2010_
Roger Terry #341358                           DATE

Distribution:   Institution
                Inmate
                Report Staff

4B 39B

Name: **Roger Terry**    DOC# **341358**    Date of Violation: **1/15/10**

Hearing Officer of Record: **Jon Sandstrom**    Hearing Date: **1/19/2010**

CORRECTIONAL
INSTITUTION
WARDEN'S OFFICE

G- 112

### APPEAL of HEARING OFFICER DECISION

2010 JAN 20  A 8: 25

RECEIVED

Under COMAR 12.02.27.33, a defendant inmate may only appeal a formal disciplinary hearing decision and/or sanction. If you wish to appeal, you may use this form for that purpose. Do not use Administrative Remedy Procedure forms for your appeal. Your appeal must be submitted to the warden of the facility where you are housed at the time of the appeal so that it is received by the warden within 15 calendar days from the date you received the hearing officer's decision. You may continue on the reverse (please indicate such) and use additional pages if needed (when doing so please indicate the total number). A failure to appeal within the stated 15 calendar days will be deemed a waiver of an appeal.

### State Reasons for Appeal of the Hearing Officer's Decision and/or Sanction:

My 1st reason for appeal is that to the best of my knowledge the officer who conducts the primary test (R. Barnes, CO II) should not have been the officer who conducted the confirming test as long as there was another officer available to conduct the test in a reasonable time frame. Also on August 29th 2008 I was placed on lock up for coffee that tested positive for Amphetamine and recieved 200 lock-up days for, loss of visits for 6 months which later got over turned because the state police stated these were "no CDS Detected". So at that time I did 200 seg days for nothing and all my property was destroyed. The same officer R. Barnes, CO II was the officer who conducted that test also and confirmed it. I'm asking that you consider the possibility that an error could have been made and since I have not the means to be tested by an outside entity I have no grounds to argue my complete innocence. That is why I plead guilty. No matter what I say I would've been found guilty because of the test results. I am asking for leniency or a possible time cut. Thank you for your time and your patience.

Signature: _Roger Terry_    Date: 1-19-2010

DC form 105-7b (Rev. Feb. 07)    Page 6 of 6

EXHIBIT 8    000093



# Department of Public Safety and Correctional Services

**Division of Correction**
**Western Correctional Institution**
13800 McMULLEN HIGHWAY, SW • CUMBERLAND, MARYLAND 21502
(301) 729-7000 • FAX (301) 729-7024 • TTY USERS 1-800-735-2258 • www.dpscs.state.md.us

STATE OF MARYLAND

MARTIN O'MALLEY
GOVERNOR

ANTHONY G. BROWN
LT. GOVERNOR

GARY D. MAYNARD
SECRETARY

G. LAWRENCE FRANKLIN
DEPUTY SECRETARY

DIVISION OF CORRECTION

J. MICHAEL STOUFFER
COMMISSIONER

WESTERN
CORRECTIONAL
INSTITUTION

J. PHILIP MORGAN
WARDEN

HARRY B. MURPHY, Ph.D.
ASSISTANT WARDEN

K. DANIEL NORTHCRAFT
CHIEF OF SECURITY

**TO:**     Roger Terry          DOC#     341358     HU     4B39B

**FROM:**     J. Philip Morgan, Warden *[signature] acting warden for:*

**DATE:**     2-17-10

**SUBJECT:**     Adjustment Acknowledgement Memo

Your Adjustment Appeal was:

☑ Received in my office in a timely manner

     ☑ however, the Hearing Officer's decision remains
     ☐ however, your Adjustment sanction was reduced
     ☐ however, your Adjustment sanction was reduced to an Incident Report
     ☐ however, your Adjustment was reduced to an Informal Disposition

☐ Was not received in my office in a timely manner
(you have fifteen [15] days [to include the date of your hearing – weekends and holidays are taken into consideration] to appeal the Hearing Officer's decision
     ☐ however, the Hearing Officer's decision remains, however, your Adjustment sanction was reduced
     ☐ however, your Adjustment sanction was reduced to an Incident Report
     ☐ however, your Adjustment was reduced to an Informal Disposition

This is acknowledgement that I have reviewed your Adjustment Appeal.

JPM/rme

Basefile w/Adjustment dated:          1/15/10

EXHIBIT 8                                                    000094

JULY 8, 2010          RULE 112

EXHIBIT 8          000095

WCI

Appendix 1 to DCD 105-9

# MARYLAND DIVISION OF CORRECTION

## Hearing Decision Review

infraction 7/8/10

**Inmate Name** Roger Terry 5B23    **DOC#** 341358   **Date of Decision:** heard 7/12/10

**Rule Violation:** Guilty rule 112

I.   **Review:** I have reviewed the decision in your case and take the following action:

☑ Decision and sanction(s) affirmed.
☐ Sanction(s) imposed is modified (see Section III).
☐ Decision referred to Commissioner for review.
☐ **The decision is remanded for new hearing due to the following reason:**
    ☐ By my order for clarification of the record (see Section III).
    ☐ By order of the: ☐ Commissioner, ☐ Secretary of DPSCS, or ☐ court (see Sections III and V).

II.   **Reviewing Authority Signature:**

_____    _____
    **Print Name & Title**        **Signature**        **Date**

III.   **Comments:** _____

IV.   **Service Receipt Record:** A failure to sign for receipt shall be deemed a waiver of the Facility's service obligation.

**Inmate Signature:** Roger Terry    **Date:** 8-12-2010
☐ Inmate ID verified at service and inmate refused to sign for service receipt.

                                                         ☐ A.M.
**Served By:** G. Wilson   **Title** CCII   **Date** 8-12-10   **Time** 1401 ☑ P.M.

V.   **Remand Hearing:** Prior to appearance, you are entitled to 24 hours from the date nad time of this notice to prepare for your scheduled hearing. You are permitted to request a qualified (per directive procedures) staff or inmate to represent you or as a witness (including reporting staff) for the purposes of your hearing if you list them by name below. Failure to request representation or witnesses below at the time of service shall be deemed a waiver of your right for representation or witnesses at the time of your hearing. You may appeal any guilty finding and/or sanction to the warden within 15 days of the date for receipt of the hearing officer's decision.

Representative: _____

Witness: _____

Distribution:   White - Base File     Yellow - Inmate

DC Form 105-9aR (Rev. Feb. 07)

EXHIBIT 8          000096

MARYLAND DIVISION OF CORRECTION
## NOTICE OF INMATE RULE VIOLATION AND DISCIPLINARY HEARING

**Inmate Name:** Roger Terry    **DOC#:** 341358    **Facility** WCI    **Housing:** 3C-38

**Violation: Date:** 7-8-10 **Time:** 0755 AM/PM. **Recommended charge:** 112

**Reported facts:** Under the provisions of DCD 110-15 and WCI ID 110-11-1, the subject was SPOTCHECK selected from the inmate population for urine sampling on 7/2/10 at 0058 The collecting Officer Robinson, using the inmate's ID card for positive identification, observed the subject giving the sample. Collecting Officer identified the sample with the subject's name, number, and date of collection. The sample was then placed in the Urine Testing Station at WCI. The primary test was done on 7/7/10 at 0917 and was conducted by R. Barnes, CO-II using the EMIT II Plus OPIATE Assay. The assay tested positive for OPIATE. The confirming test was done on 7/8/10 at 0755 and was conducted by R Barnes COII using the EMIT II Plus OPIATE Assay. The assay tested positive for OPIATE. Both positive assays were conducted by personnel who are qualified to administer the above chemical test within the requirements of the American Correctional Association, and the Division of Correction, State of Maryland.

I solemnly affirm under the penalties of perjury and upon personal knowledge that the facts set forth in the above report are true.

**Reporting Staff:** R. Barnes, CO-II          R Barnes          7/8/10
_Print Name and Title_                _Signature_              _Date_

1. **Supervisory Review:** The above report has been reviewed with the following action taken:

a. **Action Taken:** ☑ Formal Hearing ☑ Administrative Segregation Assignment ☐ Use of Force ☐ Contraband Disposition ☐ Incident Report

b. **Rule Violation Charged:** 112

c. ☐ **Informal Disposition: Rule Violation:** _____ **Sanction:** _____ **Effective Date:** _____

d. **Informal Service:** I understand by my signature below that: I waive a hearing by a hearing officer on the offenses charged, this report and informal action will be placed on my OBSCIS & in my facility file records, and where applicable I accept the offer of informal disposition sanction.

Inmate Signature:_____ Date:_____ Time:_____

e. **Comments:** _____

f. **Shift Supervisor:** DW Norris Coc          _____          7/8/10
_Print Name and Title_                _Signature_              _Date_

2. **Administrative Segregation Assignment Review:** The recommendation has been reviewed and I ☑ **Approve** or ☐ **Disapprove.**

Shift Commander: M.P. Thomas Major          MPThmCOM          7-8-10
_Print Name and Title_                _Signature_              _Date_

3. **Formal Hearing Service:** A. *Preparation:* You are entitled to 24 hours from the date and time of receipt of this notice before you may appear before a hearing officer to answer to the offenses charged in this notice. B. *Representation:* You may request representation by staff or a qualified inmate from the general population of this facility if you indicate their name below. A failure to list a name below shall be deemed at your hearing as a waiver of your right to representation. C. *Witnesses:* You may request for your hearing any witness who is relevant, material, & non-cumulative that may include staff and/or the reporting staff if you indicate them by name below. A failure to list by name below shall be deemed at your hearing as a waiver of your right to call witnesses.

Representative: _____          Witness: _____

4. **Appeal:** You may appeal a guilty decision and/or sanction in writing to the warden within 15 calendar days of receipt for the hearing officer's decision.

5. **Service of Notice:** Signature below is only acknowledgment for receipt of notice copy. Refusal to sign is deemed waiver of service obligation by the facility.

**Waiver of 24 Hour Notice:** ☐ I waive 24 hour notice and request to appear before a hearing officer as soon as possible.

Inmate's Signature: Roger Terry          DOC#: 341-358          Date: 7-8-2010

☑ **Inmate ID verified** ☑ **Copy given but inmate refused to sign for service** ☐ **Inmate requested no rep. or witness at service**

Notice Served By: F. Faust Coll          F Faust          7-08-10 1515
_Print Name and Title_                _Signature_              _Date and Time_

**Distribution:**          White Copy—Base File          Yellow Copy—Inmate          Pink Copy—Facility
DC Form 105-4a (Rev. Feb. 07)

EXHIBIT 8          000097

# REQUEST FOR URINALYSIS TEST

INMATE _____ROGER____TERRY_____ NUMBER: _____341358_____
Print Name

INSTITUTION: ___WCI___ HU3-C-038-A_____

Request made by _____Sgt Beeman_____ Date _____7/2/2010_____
Print Name

Circumstances Leading to Request _____Spot/Suspious behavior_____

_____

_____

Request That Specimen be Tested for __ALL CDS_____

_____

_____

Request Approved by ___D. P. H. Guy___ COL___ Date __7.2.10_____
Sign Name

I, ___E ROBINSON_____ hereby certify that the following is true and correct:
Print Name

The above named inmate, whose identity was verified by (check one) _____✓I.D. Card_____Escort Card,
was told that he/she is being ordered to submit a urine specimen on the following basis:
(check one) _____Spot check; _____Routine; _____Random.

The above-named inmate was asked if he/she had taken any medication in the past 30 days and he/she replied
(check one) _____that he/she has not ____✓that he/she has. If he/shee has, complete DC Form 110-15-
eR, Appendix 5

The above-named inmate (check one) _____refused to submit a urine specimen: ___✓submitted a urine
specimen in my presence in a specimen container labled with the name of the institution/facility, name and commitment
number of the inmate, date of collection, the name of the collecting officer and thereafter the inmate handed the
specimen container to me. I thereafter sealed the specimen container with evidence tape, and maintained exclusive
possession and control of the bottle until I transferred it from my possession and control as indicated below:

__7-2-10__                  __E Rob_____          __R.T__ 341-358
Date                          SIGNATURE               INMATES INITIALS

## CHAIN-OF-CUSTODY OF SPECIMEN

From above-named inmate    To: _E Rob_____      Date 7-2-10  Time 0058
From _E Rob_____   To: _Emit Box 5___      Date  "      Time 0059
From _Emit Box 5__ To: _Emit lab refrig_   Date  "      Time 0245
From _Emit lab Ref_ To: _R Barnes_____     Date 7-7-10  Time 0700
From _R Barnes___  To: _Emit lab Ref_      Date 7-7-10  Time 1300
From _Emit lab Ref_ To: _R Barnes_____     Date 7-8-10  Time 0700
From _R Barnes___  To: _Emit lab Ref_      Date 7-8-10  Time 0810

#Name?

EXHIBIT 8                                              000098

## V Twin Current Calibrations

| Date | Assay | Rate 1 | Rate 2 | Avg Rate | Dup Dif | Dup Dif Ref |
|------|-------|--------|--------|----------|---------|-------------|
| 7/06/10 | AMPH | 0.456 | 0.460 | 0.458 | 0.004 | 0.015 |
| 7/06/10 | BARB | 0.300 | 0.301 | 0.301 | 0.001 | 0.015 |
| 7/06/10 | BENZ | 0.364 | 0.362 | 0.366 | 0.008 | 0.015 |
| 7/06/10 | C50 | 0.306 | 0.306 | 0.306 | 0 | 0.015 |
| 7/06/10 | COCN | 0.371 | 0.373 | 0.373 | 0.001 | 0.015 |
| | ETOH | Not Used | Not Used | Not Used | Not Used | |
| 7/06/10 | OPIA | 0.273 | 0.272 | 0.273 | 0.002 | 0.015 |
| 7/06/10 | PCP | 0.395 | 0.392 | 0.394 | 0.003 | 0.015 |

EXHIBIT 8

000099

## DIVISION OF CORRECTION
## URINALYSIS TEST PROCEDURE

### (TO BE COMPLETED ONLY FOR A POSITIVE TEST RESULT)

Inmate Name  Roger Terry  Number  341358  Specimen Date  7-2-10
  Print Name

### PRELIMINARY PROCEDURES:

Time reagents, controls, calibrators, urine specimens (if applicable)

removed from refrigerator  0700  Room temperature  N/A

Time photometer turned on  N/A

Specify reagent to be used  Opiate  Reagent expiration date  1-31-11

Calibrator expiration date  12-31-10  **Control expiration date  11-30-10

**Time of Positive Control Test  N/A

**Positive Control Response at least 20 units > Calibrator? Yes ___ No ___ N/A ✓

**Time of Negative Control Test  N/A

**Negative Control Response at least 20 units < Calibrator? Yes ___ No ___ N/A ✓

**Control Response within Range Printed on Package? Yes ___ No ___ N/A ✓

### TESTING OF SPECIMEN:

Evidence tape intact until broken by Technician?  Yes ✓ No ___

Time of Test  0917  Assay  Opiate

Technician Name  R Barnes  Result  POS

Technician Training  Syva/Behring Diagnostics,American Correction Association

** If not applicable to your machine, please indicate "N/A".

-----------------------------------------------------------------

### I CERTIFY THAT THE ABOVE IS TRUE AND CORRECT

7-7-10                          R Barnes
_____                    _____
Date                           Test Operator Signature

DC Form 110-15bR (Rev. 11/06)

EXHIBIT 8                              000100

**Western Correctional Institution**
13800 McMullen Hwy
Cumberland, MD 21502

| | | |
|---|---|---|
| | Agency: | Western Correctional Inst |
| Accession: 20813 | | |
| Donor ID: 341358 | Requesting Party: | |
| Name: TERRY, ROGER | Date Collected: | 7/02/10 |
| Control #: | Time Collected: | 0058 |
| Test Date: 7/07/10  Collector: ROBINSON | Collected by: | |
| Test Time: 9:17  Tester: BARNES | Created by: | rb |

| Test | Result | Flag | Reference Range | |
|---|---|---|---|---|
| AMPHETAMINE | 0.303 | Negative | Cutoff: | 1000 |
| BARBITURATE | 0.230 | Negative | Cutoff: | 200 |
| BENZODIAZEPINE | 0.289 | Negative | | |
| THC50 | 0.270 | Negative | Cutoff: | 50 |
| COCN | 0.280 | Negative | Cutoff: | 300 |
| ETOH | 0 | Negative | Cutoff: | 20 mg/dL |
| OPIA | **0.296** | **POSITIVE** | Cutoff: | 300 |
| PCP | 0.299 | Negative | Cutoff: | 25 |

Testing Officer:   R Barnes

*Reviewed by:  rb*

**FINAL REPORT**

EXHIBIT 8

# DIVISION OF CORRECTION
## URINALYSIS TEST PROCEDURE

### (TO BE COMPLETED ONLY FOR A POSITIVE TEST RESULT)

Inmate Name __Roger Terry__ Number __341358__ Specimen Date __7-2-10__
_Print Name_

## PRELIMINARY PROCEDURES:

Time reagents, controls, calibrators, urine specimens (if applicable)

removed from refrigerator __0700__ Room temperature __N/A__

Time photometer turned on __N/A__

Specify reagent to be used __Opiate__ Reagent expiration date __1-31-11__

Calibrator expiration date __12-31-10__ **Control expiration date __11-30-10__

**Time of Positive Control Test __N/A__

**Positive Control Response at least 20 units > Calibrator? Yes ___ No ___ N/A __✓__

**Time of Negative Control Test __N/A__

**Negative Control Response at least 20 units < Calibrator? Yes ___ No ___ N/A __✓__

**Control Response within Range Printed on Package? Yes ___ No ___ N/A __✓__

## TESTING OF SPECIMEN:

Evidence tape intact until broken by Technician? Yes __✓__ No ___

Time of Test __0755__ Assay __Opiate__

Technician Name __R Barnes__ Result __Pos__

Technician Training ⎯Syva/Behring Diagnostics,American Correction Association

** If not applicable to your machine, please indicate "N/A".

------------------------------------------------------------

### I CERTIFY THAT THE ABOVE IS TRUE AND CORRECT

__7-8-10__
Date

__R Barnes__
Test Operator Signature

DC Form 110-15bR (Rev. 11/06)

EXHIBIT 8          000102

Printed on  7/08/10
     at  8:06AM
     by  rb

**Western Correctional Institution**
13800 McMullen Hwy
Cumberland, MD 21502

Agency:         Western Correctional Inst

Accession: 20877
Donor ID:   341358
Name:      TERRY, ROGER
Control #:
Test Date:  7/08/10     Collector: ROBINSON
Test Time:  7:55       Tester: BARNES

Requesting Party:
Date Collected:    7/02/10
Time Collected:   0058
Collected by:
Created by:     rb

| Test | Result | Flag | Reference Range |
|------|--------|------|-----------------|
| OPIA | 0.292 | **POSITIVE** | Cutoff:   300 |

Testing Officer:   R Barnes

## Maryland Division of Correction
## INMATE HEARING RECORD

*5/32 3*

Name: Roger Terry  DOC# 341358  Violation Date:    7/8/10

Hearing Officer of Record: Frederick Joseph Nastri
Heard With:

### I: PRELIMINARY MATTERS:

Defendant inmate appearance:   Date: 7/12/2010  Time: 11:17 AM

The hearing officer of record shall document the following for the record:

**1. List any request for inmate representation: ☒ Representation waived by inmate.**
     ☐ **Yes: Name:**

     NOTE: **If request is denied for procedural cause, state below why:**

**2: List any request by name for a witness: ☒   Witness(es) waived by inmate.**

     a: ☐ **Yes: Name:**

     b: **List requested witness(es) and state defendant's proffer as to testimony for the witness(es):**

     c: **If inmate witness(es) request is denied for procedural cause, state below why:**

     **3: State any motions, evidence requests, etc. and hearing officer's decision as to such:**

     **4: State any request for postponement and hearing officer's decision as to such:**

EXHIBIT 8            000104

Name: Roger Terry  DOC# 341358 Violation Date: 7/8/10

## II. EVIDENTIARY MATTERS:

    a. **Hearing Date**: 7/12/2010

    b. **Name of Facility Representative:** Slate

    c. **Defendant Inmate Plea:**

| Rule | Not Guilty | No Plea | Guilty |
|------|------------|---------|--------|
| 112  | ☐          | ☐       | ☒      |
|      | ☐          | ☐       | ☐      |
|      | ☐          | ☐       | ☐      |
|      | ☐          | ☐       | ☐      |
|      | ☐          | ☐       | ☐      |

    d. **Argument by Parties and Testimony of Witnesses:**
    Violation report and testimony of defendant who pleads guilty to the cited rule(s).

EXHIBIT 8                    000105

**Maryland Division of Correction**
**INMATE HEARING RECORD**

Name: Roger Terry  # 341358 Date of Violation: 7/8/10

Hearing Officer of Record: Frederick Joseph Nastri
Heard With:

## III: HEARING OFFICER DECISION:

| Rule | Guilty | Not Guilty | IR | Dismissed | Informal Disposition Sanction |
|------|--------|-----------|-----|-----------|-------------------------------|
| 112  | ☒      | ☐         | ☐   | ☐         | ☐                             |
|      | ☐      | ☐         | ☐   | ☐         | ☐                             |
|      | ☐      | ☐         | ☐   | ☐         | ☐                             |
|      | ☐      | ☐         | ☐   | ☐         | ☐                             |
|      | ☐      | ☐         | ☐   | ☐         | ☐                             |
|      | ☐      | ☐         | ☐   | ☐         | ☐                             |
|      | ☐      | ☐         | ☐   | ☐         | ☐                             |

## IV: HEARING OFFICER WRITTEN FINDINGS:

A. **State all evidence ( list reports, testimony, physical evidence, etc.) weighed and considered at hearing:** Violation report and the defendant pleading guity:

B. **Based on evidence above, state fact findings:**
That the defendant did violate the stated rules and that the evidence validates his plea.

C. **Based on fact finding above, state your decision:**
Guilty finding is supported by all evidence weighed and considered and that the defendants plea was found to be entered freely and voluntarily and that a plea recommendation was made and that same was considered by hearing officer and if so modified was done so with defendants knowledge and understanding and his signature affixed is evidence of his agreement to his plea of guilt.

DC form 105-7b (Rev. Feb. 07)                    Page 3 of 6

EXHIBIT 8                    000106

Name: Roger Terry  DOC# 341358 Violation Date: 7/8/10

## V. SANCTIONS:

**Matrix** Adjustment History: **Poor Effective Date: 7-8-10**

| Rule | Category | Seg. Days | CR Days | CC/CS | Revoke GCC |
|------|----------|-----------|---------|-------|------------|
| 112  |          | 250       |         |       | 120        |
|      |          |           |         |       |            |
|      |          |           |         |       |            |
|      |          |           |         |       |            |
|      |          |           |         |       |            |
|      |          |           |         |       |            |
|      |          |           |         |       |            |

SEG = Segregation   CR = Cell Restriction CC = Concurrent CS = Consecutive GCC = Good Conduct Credits

☒ Override- State Reasons: In Jan. 2010 a 112 .

☒ Other Sanctions: Suspend vists mandatory fr. 7-12-10 for 1 yr. per DCDs for 2nd categ. I violation.

EXHIBIT 8                              000107

Signature: _____    Date: _____

## VI. RECEIPT OF HEARING RECORD:

**Date of Hearing: 7/12/2010**

**Date of Violation: 7/8/10**

**Teleconferenced Hearing: Yes**

**Name and Title of Serving Staff:** _Bumble_ _7/12/10_
                                                              DATE

By signing I hereby acknowledge receipt of the hearing officer's decision:

_Roger Terry 341-358_                         _7-12-2010_
Roger Terry #341358                              DATE

Distribution:    Institution
                 Inmate
                 Report Staff

EXHIBIT 8                                    000108